# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. SAG-23-123** |
| : | |
| **CHARLES JENKINS et al.** : | |
| : | |
| **Defendant.** : | |

...oooOooo...

## ENTRY OF APPEARANCE

Please enter the appearance of Leo Wise, Assistant United States Attorney for the District of Maryland on behalf of the United States in the above-referenced matter.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____/s/_____
Leo J. Wise
Assistant United States Attorney