## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *   Case No. 1:23-CR-00123-SAG |
| **v.** | * |
| | * |
| **CHARLES AUSTIN JENKINS** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Please enter the appearance of Andrew C. White as counsel for defendant Charles Austin Jenkins.

Respectfully Submitted,

_____/S/_____
Andrew C. White (Federal Bar No. 08821)
SILVERMAN, THOMPSON, SLUTKIN & WHITE
201 North Charles Street
Suite 2600
Baltimore, Maryland 21201
(410) 385-2225