IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No. 1:23-CR-00123-SAG |
| | * | |
| CHARLES AUSTIN JENKINS | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * *

ENTRY OF APPEARANCE

Please enter the appearance of Paul F. Kemp and Margaret A. Teahan, and Ethridge Quinn Kemp Rowan & Hartinger, as Co-Counsel for the defendant, CHARLES AUSTIN JENKINS.

Respectfully submitted,

ETHRIDGE, QUINN, KEMP,
ROWAN & HARTINGER

By  /s/ Paul F. Kemp
Paul F. Kemp, Esquire
Federal Bar #: _____ 01260
100 North Court Street
Frederick, Maryland 21701
Phone (301) 698-8182
Facsimile (301) 831-4318

Email pfk@eqlawyers.com
*Attorneys for Charles Austin Jenkins*


By  _/s/ Margaret A. Teahan_
Margaret A. Teahan, Esquire
Federal Bar #: 20364
100 North Court Street
Frederick, Maryland 21701
Phone (301) 698-8182
Facsimile (301) 831-4318
Email mat@eqlawyers.com
*Attorneys for Charles Austin Jenkins*