# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Case No. 1:23-CR-00123-SAG |
| | * |
| CHARLES AUSTIN JENKINS | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Please enter the appearance of Margaret A. Teahan, and Ethridge Quinn Kemp Rowan & Hartinger, as Co-Counsel for the defendant, CHARLES AUSTIN JENKINS.

Respectfully submitted,

ETHRIDGE, QUINN, KEMP,
ROWAN & HARTINGER

By  /s/ Margaret A. Teahan
Margaret A. Teahan,  Esquire
Federal Bar #: 20364
100 North Court Street
Frederick, Maryland 21701
Phone (301) 698-8182
Facsimile (301) 831-4318
Email maT@eqlawyers.com
*Attorneys for Charles Austin Jenkins*