**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR No. 1:23-cr-00123-SAG |
| | : | |
| v. | : | |
| | : | |
| **ROBERT KROP,** | : | |
|       Defendant. | : | |
| | : | |

: : : : : : : : : : : :

**[PROPOSED] ORDER TO DOCKET OMNIBUS MOTION**

IN CONSIDERATION OF THE MOTION by Mr. Krop for leave of court to file a lengthy Omnibus Motion, it is this _____ day of _____, 2023 hereby:

ORDERED, that the motion is GRANTED; and it is further

ORDERED, that the Clerk shall docket the said motion and exhibits therewith which are attached as Defendant Krop's "Exhibit A" to his Motion for Leave to Accept Lengthy Filing and ensure that the filing date of the said motion is stated May 31, 2023.

_____
United States District Court Judge