# EXHIBIT TWO

## **PROBABLE CAUSE**

15.     In February 2022, investigators began focusing on violations of federal law involving false statements made by FFLs while applying for an exemption to import or otherwise facilitate the transfer and acquisition of impermissible weapons into the United States under the pretense that they were, in fact, weapons permitted for import under the military/law enforcement demonstration/use exemption.

importer for preliminary approval to import a specific firearm (or firearms) in a specified quantity and for a specified purpose. If the firearm is subject to restrictions limiting it to use by law enforcement agencies or the U.S. Military, a letter from the law enforcement entity or military agency must also accompany the ATF Form 6. This law enforcement request letter is generally required to state a need for the firearm (e.g., use by SWAT Teams, patrol units, etc.); a desire by the requesting agency to test and evaluate the firearm or have it demonstrated for them; and the presumption that the firearms in question are still in production and an order for more of the same firearms could be fulfilled (e.g., the firearm has not been out of production for thirty years and only a small number are still circulating). Assuming everything is in proper order, the ATF Form 6 will be approved by the ATF. When the importer brings the items into the country, they must be declared on an ATF Form 6a, which documents the actual number of firearms brought into the county, as well as the make, model, and serial number of each. Those firearms are deducted from the overall number of firearms approved in the initial ATF Form 6, until either the requested

As previously mentioned, investigators are aware that TMGN currently possesses 7 of the machine guns.

18. While reviewing the law enforcement demonstration request letters from FCSO, investigators noticed that even though they were requested for law enforcement demonstration/usage, there was a large number that are unsuitable for law enforcement. For example, some of the firearms requested by the FCSO are belt-fed machine guns that are more commonly used in warfare than on the streets of a county such as Frederick. Many of these firearms utilize 7.62 caliber ammunition, which is both expensive and hard to acquire, as well as being a non-standard police issue caliber. Some of the firearms, however, have significant value from a collector standpoint because of the difficulty of purchasing them in the American market. Accordingly, none of the weapons should be for sale in America because they should all be in the hands of Licensees for use by law enforcement entities or for testing and evaluation purposes.

19. NFRTR inventory records for FCSO show that FCSO's inventory mainly consists of machine guns such as M4 and M16 variants but none of the firearms listed on the law enforcement demonstration request letters. Based on this information, investigators believe FCSO never purchased any of the firearms requested through the law enforcement demonstration request