# EXHIBIT FIVE

 (https://holosun.com/products/laser-illuminator/p.id/p.id.html?
utm_source=Guns+America&utm_medium=banner+ads&utm_campaign=P.ID)

# Uzi 9mm Full Auto Machine Gun

For Sale from: First Stop Gun (/Search.aspx?lid=3310) (★ FFL) | Positive feedback: 99% View (/ViewFeedback.aspx?ListerID=3310) | ⊘ Verified Seller
| 14870 Completed Sales   View Sellers Items (/Search/Lister/3310/First_Stop_Gun)

(/UserImages/3310/975850486/wm_16542018.webp)

⚠ THIS SELLER REQUIRES THAT YOU USE OUR VERIFIED ADDRESS
PAGE (/ADMINISTRATION/USER/REGISTRATION.ASPX?
T=DIVVERIFIED) TO CONFIRM YOUR BASIC IDENTITY BEFORE ANY
CONTACT REGARDING THIS LISTING.

## $16,995.00

🛒

⚠ Please Login/Register to Order

Login (/Login.aspx?FoRet=1&ReturnTo=%2f975850486%2fUzi-
9mm-Full-Auto-Machine-Gu.htm) or Register
(/administration/user/register.aspx?ReturnTo=%2f975850486%2fUzi-
9mm-Full-Auto-Machine-Gu.htm) to buy

Shipping: $175.00



🔍 ☰ Advanced Login
(/AdvancedSearch.htm)
https://www.gunsamerica.com/Login.aspx)

enter your search here

Accepted Payment Methods: 💳 VISA 🏦 💵

Returns: 3 Days

⊘ Verified Seller | 14870 Completed Sales

View Sellers Items
(/Search/Lister/3310/First_Stop_Gun)

Register
(/administration/user/Register.aspx)

🛒

# Uzi 9mm Full Auto Machine Gun

For Sale from: First Stop Gun (/Search.aspx?
lid=3310) |

Positive feedback: 99% View /





Rifles (/rifles.htm) | Pistols (/pistols.htm) | Shotguns (/shotgun.htm) | Tactical (/tactical.htm) | Revovers Use (/revolvers.htm) | Non-Guns (/Search/Category/2/4/Non-Guns.htm)

Ammo (/Search/Category/796/Non-Guns/Ammunition.htm) | Browse Categories (/Browse/) Browse Categories/Parent.aspx)

$ Buying (/Administration/User/Dashboard.aspx) | Administration (/Listings/Post/Listing/SelectCategory.aspx)

❔ Help (https://help.gunsamerica.com) | News & Reviews (https://www.gunsamerica.com/digest/) | #HUNT365 (https://spr-ar.com/r/5472)

Home (/Default.htm) >> Guns (/Search/Category/1/Guns.htm) >> Pistols (/Search/Category/3/Guns/Pistols.htm) >>
Class-3 (/Search/Category/160/Guns/Pistols/Class-3-Pistols.htm) >> Class 3 Subguns (/Search/Category/161/Guns/Pistols/Class-3/Class-3-Subguns.htm) >>
View Listing

**Description:** Uzi 9mm fully automatic 9mm machine gun,Group Industries,transferable on a form 3 or form 4,excellent condition with box,3 magazines and sling.

This is our 47th year in business. We offer 90 day layaways with 20% down. No return on layaways. Firearms will need to be transferred through a FFL dealer. Prices reflect a cash discount. There will be 3% added to credit card sales. We trade for gold and silver. THANK YOU!

**Condition:** Used, Minor Wear       **Item #:** 975850486       **Location:** SD       **Share:**

**Caliber:** 9mm Luger       **Stock No.:** 222774       **Trades Accepted:** Yes       🔗 f

(http://www.facebook.com/share.php?
u=http%3a%2f%2fwww.gunsamerica.com%

🐦 (https://twitter.com/share) ✉
(mailto:?subject=Check out this link
from

GunsAmerica.com&body=Uzi+9mm+Full+A

**Shipping Notes:** See Description
We Sell new and used firearms,high quality optics.We have over 3000 guns in stock,this is our 40th year in business. We also trade in gold,silver and rare coins.Prices listed are discounted for cash,please add 3% for credit cards.

## Items You've Viewed Recently



**Street Sweeper 12ga 2 34" 18" wbox Class...**

**$3495.00**

**SELLER:** First Stop Gun (FFL Dealer)

MC ok ‖ Li Mc HIT ‖ ‖ LP Mc HIT ‖

### BUYER LINKS

Buy Guns (/Login.aspx)

Order History (/Administration/Buying/MyCheckout.aspx)

Upgrade My Account (/MembershipLevel.aspx)

Get Verified (/Administration/User/VerifyIdentity.aspx)

FFL Search (/FFLSearch.htm)

Browse All Categories (/BrowseSpecificCategory/Parent/Guns/ViewAll.aspx)

### SELLER LINKS

Sell Guns (/Administration/Listings/PostListing/SelectCategory.aspx)

My Seller Details (/Administration/User/ListerDetails.aspx)

Selling Fees (/fees.aspx)

Selling Terms & Conditions (/SellerTerms.aspx)

### DEALER LINKS

Create a Website (/LiveStoreFronts/) (/Administration/User/RegistrationComplete.aspx)

Stocking Dealer Services (/stockingdealers.htm)

### HELPFUL LINKS

Help (https://help.gunsamerica.com/)

Auctions Ending Soon (/Auctions/)

Report a BUG (https://www.gunsamerica.com/contact/)

Terms & Conditions (/termsandconditions.aspx)

Privacy Policy (https://help.gunsamerica.com/kb/privacy-policy/)

© 1997-2023 GunsAmerica.com LLC All rights Reserved.

(/www.youtube.com/user/GunsAmerica)   (/XMLFeeds.htm)

(//www.facebook.com/gunsamerica)   (//twitter.com/GunsAmerica)



972-292-7678      range@riflegear.com

  

Home    Range    Rentals    Memberships    Training    Shop    FAQs    Contact Us



*RENTALS*

# MACHINE GUN RENTALS

Ride the lightning at RifleGear with our full-auto inventory. Whether you want to spice up a corporate event or just add an extra layer of fun to your range trip, we have everything you need.

Stay tuned as we continue to grow our full-auto offerings!

## Belt Fed Machine Guns

### FN M249 SAW (PARA)



The FN M249 SAW has been a mainstay throughout the U.S. military since 1986 and is currently in service in more than 30 countries. Chambered in 5.56x45mm, the M249 is an open-bolt, gas operated firearm that is capable of firing 775 rounds per minute. Our PARA model was designed with airborne forces is mind. Sporting a 13.7-inch barrel and collapsing stock, it is shorter and lighter than the regular M249. Even though the PARA model is lighter, it is still easily controlled and is sure to provide a lot of added fun to any range trip!

**Rental Price $60** (per 2 shooters, ammo not included)

### DS ARMS RPD



Developed in the mid-1940's, the RPD is a Soviet belt-fed light machine gun that is chambered in the popular 7.62x39mm. It was meant to replace the previous DP machine gun which had become to heavy and cumbersome. It utilizes a gas operated long stroke piston operating system and spits out about 650 rounds per minute. However, the rate of fire does feel significantly faster than that when you get behind it. If you are looking to shoot one of the most widely used and popular light machine guns of the 20th century, look no further than the RPD!

**Rental Price $60**  (per 2 shooters, ammo not included)

## M60



Adopted by the U.S. Military in 1957, The M60 is a belt-fed medium machine gun that has served with every branch of the U.S. Armed Forces as well as other nations. It was commonly referred to as "The PIG" due to its bulky and heavy nature. With a rate of fire hovering between 550 & 650 rounds per minute, the M60 is easily controllable even though it is chambered in a larger caliber cartridge. If you are looking to shoot a belt-fed machine gun the M60 is a great starting point.

**Rental Price $60**  (per 2 shooters, ammo not included)

## IWI NEGEV NG5 Light Machine Gun
## *Temporarily Down For Maintenance*



The NEGEV NG5 is a light machine gun chambered in 5.56 NATO developed by the Israeli firearm manufacturer, Israel Weapon Industries (IWI). It is compact, lightweight and extremely reliable in hostile conditions. The NG5 has been battle proven by the Israeli Defense Forces and numerous other military and police agencies across the world. If you are looking for a machine gun with light recoil and high rate of fire, look no further than the Negev NG5.

Rental Price $60 (per 2 shooters, ammo not included)

## Select Fire AR–15



Often referred to as "America's Rifle", the AR-15 is a lightweight and modular firearm typically chambered in 5.56 NATO. It was born out of the original ArmaLite Rifle design, which itself is a scaled-down version of the AR-10. Our select fire variant features both semi-automatic and automatic firing modes. The soft recoil impulse and medium rate of fire makes for an easily controllable and enjoyable range experience.

Rental Price $50 (per 2 shooters, ammo not included)

## IWI Tavor X95



The Tavor X95 is a next generation assault rifle manufactured by Israeli Weapon Industries (IWI). It was developed in close cooperation with elite units of the Israeli Defense Force and serves as an improved version of the highly touted Tavor SAR. The X95 is chambered in 5.56 NATO and is of bullpup design, making for an extremely compact and maneuverable package. With a rate of fire in the ballpark of 1000 rounds a minute it makes for quite the range trip!

Rental Price $50 (per 2 shooters, ammo not included)

## Steyr AUG



The Steyr AUG is one of the most recognizable bullpup rifles in the world. It is Austrian designed and chambered in 5.56 NATO. It's bullpup design makes it both compact and highly maneuverable. The AUG utilizes a conventional gas piston operated action that fires from a closed bolt position. At its inception, the AUG utilized a high level of advanced firearm technology, employing the extensive use of polymer and aluminum parts. With a rate of fire between 650 and 800 rounds per minute, the AUG is controllable and incredibly fun to shoot!

**Rental Price $50**  (per 2 shooters, ammo not included)

## FN P90 (5.7x28mm)



The FN P90 submachine gun is a compact, lightweight weapon chambered in the small, yet powerful 5.7x28mm cartridge, making it the ideal Personal Defense Weapon. Featuring a compact bullpup design and fully ambidextrous controls, the P90 is an unconventional weapon with a futuristic appearance. Its design incorporates several innovations such as a unique top-mounted magazine. Its incredibly light recoil and rate of fire of almost 1,000 rounds per minute, ensures a great range trip!

**Rental Price $50**  (per 2 shooters, ammo not included)

# Submachine Guns

## MP5 Submachine Gun



Undoubtedly the most popular submachine gun in the world, the MP5 is a compact and incredibly controllable firearm. It is chambered in 9mm and operates according to the proven roller-delayed blowback principle. The MP5 has been adopted by 40 nations and hundreds of militaries, law enforcement, intelligence, and security organizations. It is light recoiling due to its operating system and can spit out 800 rounds a minute, making for quite an exciting range trip!

**Rental Price** $40   (per 2 shooters, ammo not included)

## MP5 Submachine Gun



The MP5K-PDW (Personal Defense Weapon) is a more compact and lightweight version of the standard MP5. It was developed by HK-USA is the 1990s for use with special operations aircraft and vehicle crews. Even though it is smaller than its big brother, it is still comparable in performance and even boasts a slightly higher rate of fire. Our model features a sturdy folding buttstock and foregrip, making it easy to control on its automatic setting.

**Rental Price** $40   (per 2 shooters, ammo not included)

## CMMG Banshee 300 .45 ACP

The CMMG Banshee 300 is a lightweight and ultra-compact personal defense weapon of AR15 design. The



4001 State Hwy 121
The Colony, TX 75056

Hours of operation
10am – 8pm        Mon – Sat
12pm – 7pm        Sunday

972-292-7678

range@riflegear.com        Employment Opportunities

Copyright © 2020 - All Rights Reserved | Terms & Conditions



APC9 SMG with the advantages of an integral suppressor. The integral suppressor and ported barrel reduce supersonic 9mm to subsonic speeds, making it ridiculously quiet, even on full auto. With a rate of fire of 1,000 rounds per minute, this machine gun will definitely bring a smile to your face!

**Rental Price $40**  (per 2 shooters, ammo not included)



Shop

Book Tour

📞 303-993-8361



# SHOOT A FN SCAR 16



| Caliber/Gauge | Capacity | Action |
|:---:|:---:|:---:|
| 5.56x45 | 30 | Full Auto |

# Ever Wanted to Shoot a 5.56 SCAR?

Developed by FN in 2004, the FN SCAR (**Special** Operations Forces **Combat Assault Rifle**) family of rifles has been used by over 20 countries. Although they have largely been phased out of service in the US military, the SCAR rifles have proven to be incredibly popular in the civilian shooter market. The SCAR-L (Light) – also known as the SCAR 16 or MK 16 – is chambered in 5.56x45mm NATO and uses

**BOOK NOW**

# About Our Machine Gun Tours

### Family Friendly

Machine Gun Tours has been helping individuals and groups experience shooting unique and full auto firearms since 2005. Our team is highly experienced and practices displined firearm safety in order to provide a safe family friendly experience.

### Educational & Exciting

Each tour gun selected you will get a knowldege about the selcted firearms as well as shooting them to your heart's content. Additional ammunition is availbe at each tour in case you want a little more time behind the trigger. Our tours balance the fun of full auto, with the educational history of each gun.

### For Groups & Individuals

We often work with families looking for fun as well as birthday's, corporate/team building, bachlor/bachlorette parties and individuals alike. The packages are booked per person, with group discounts for larger parties.

### Flexible Tour Packages

We offer our machine gun tours in 3, 5 and 10 gun packages. The standard tour including the MP5, M16 and AK47, while the 5 and 10 gun pacakages come with more variety firearm selection. The 10 gun package includes one belt fed machine gun in addtion to the hand held selections.
*Custom packages are availbe by request.*

### Private Outdoor Ranges

Tours are held in Bennett, Colorado. This is a private shooting range, with no other shooters. Explicit details of where to meet will be provided once a booking is complete.

Home » Rental Guns » FN SCAR 16

## Shop:

AMMO

PISTOLS & HANDGUNS

SHOTGUNS

RIFLES & LONG GUNS

CLASS 3

SUPPRESSORS

# Serving Denver Metro

**Machine Gun Tours**

12550 W Colfax Ave # 103

Lakewood, CO 80215

303-993-8361

sales@machineguntours.com

GET DIRECTIONS

*Open Monday-Saturday 10am to 6pm*

  

# Always Operate Responsibly

We are advocates of firearms safety and responsibility. ALWAYS handle your firearm safely, we are not responsible for improper or reckless use of sold products.

*Follow firearms safety resources from the* NSSF *&* NRA. *These are* **universal rules** *to follow.*

# Get Updates

Inventory updates, specials & more.

Name*

Email*

Subscribe

©2023 Machine Gun Tours All Rights Reserved.

Term & Conditions

Privacy Policy

Sitemap

[http://fnamerica.com/]



THE WORLD'S MOST
BATTLE-PROVEN FIREARMS.

**Machine Guns** [https://fnamerica.com/military-all-products/machine-guns/] > **FN® M249 SAW**

# FN® M249 SAW

Available for law enforcement and military.

**SPECS [HTTP://FNAMERICA.COM/#]**

[http://fnamerica.com/https://fnamerica.wpenginepowered.com/wp-content/uploads/2009/09/FN_M249_SAW_Rotators-1800x825.jpg]

---

The FN® M249 SAW (also known as the FN MINIMI®) has been a mainstay throughout the U.S. military since 1986 and is currently in service in more than 30 countries. The M249 SAW is designed to be used on the front lines where it really matters, providing crucial support at the infantry squad/fire team level by providing highly accurate fire plus the maneuverability to take the objective. The ergonomically shaped polymer buttstock contains a hydraulic buffer that allows SAW gunners to maintain a high rate of fire with accuracy and effect.

LE & Military pricing on request. [http://fnamerica.com/mailto:LE@fnamerica.com]

*Product follows USA specifications
*Military products available to U.S. sales only

---

## Related Products

### FN M249S®
[http://fnamerica.com/https://fnamerica.com/products/rifles/fn-m249s/]

### FN® M240B
[http://fnamerica.com/https://fnamerica.com/products/machine-guns/fn-m240b/?referrer=military]

## SPECS

**CALIBER:** 5.56x45mm
**OPERATION:** Open-bolt
**WEIGHT:** 17 lb.
**BARREL LENGTH:** 20.5"
**OVERALL LENGTH:** 40.75"
**OVERALL HEIGHT:** 9.5"
**RATE OF FIRE:** 775 RPM
**EFFECTIVE RANGE:** 800m, point target
**MAXIMUM RANGE:** 3600m, maximum range
**TWIST RATE:** 1:7" RH
**TRIGGER PULL:** 7.9 - 15.7 lb.
**COLOR:** Matte black non-reflective finish

## RECEIVER

Formed steel frame with claw extractor design

Fixed, pivoting ejector plus side ejection of cases

Top cover integrated MIL-STD-1913 mounting rail for sighting systems

## BARREL

Changeable barrel

Cold hammer-forged steel

Hard chrome-plated bore and chamber

## STOCK

Highly ergonomic polymer buttstock assembly with hydraulic recoil buffer system and non-slip buttplate

## OPERATING CONTROLS

Crossbolt safety

Curved trigger for improved finger position and control in rapid fire

## FEED SYSTEM

Standard disintegrating link belt-fed

Under-mounted polymer ammunition container helps keep ammunition cleaner for reduced wear and added reliability



## 610-235-6155



# FN Minimi M249 SAW 5.56mm NATO Pre-May Dealer Sample Only Light Machine Gun w/ Extras

## $85,000.00

**Categories**   Class 3 Weapons, Pre-May Dealer Machine Guns



# Status: In-Stock / Please Call to Purchase

This Chester County Armory listing is for an original *Fabrique Nationale* FN Minimi M249 SAW 5.56mm NATO Pre-May Dealer Sample

Only belt-fed light machine gun plus numerous factory original accessories.

The FN Minimi (French for *mini mitrailleuse* or "mini machine gun") was originally designed in the late 1970's by Ernest Vervier as a lighter, more maneuverable light machine gun, that

would have the ability to fire both belts and standard STANAG box magazines. It was officially adopted by the US Military in 1982, and renamed the M249 SAW (Squad Automatic Weapon).  Based on its amazing reliability, ease-of-use and mission-specific adaptation (not to mention its accuracy and easy maintenance), the M249 quickly found itself being adopted by not only the US, but militaries around the world. Forty years later, it remains the LMG of choice for almost every military in the western world.

This specific FN Minimi was originally fabricated and assembled in Belgium by *Fabrique Nationale* in their facility in the city of Herstal. It was imported into the US by Gun South of Birminghan, AL as a post-1968/pre-1986 Dealer Sample Only restricted light machine gun.  It is currently set-up as Standard Model, featuring an 18.3″ barrel with fixed clubfoot stock, standard polymer forend, and includes the forend top cover. This model will also come with accessories to allow this LMG to be turned into a Para model, if so desired, which includes the shorter, 13.7″ barrel and a factory FN collapsible stock. Also included with purchase of this weapon will be a like-new Knight's Armament Company forend and vertical grip, along with three total belt bags ( one-200rd bag and two-100rd bags. One of the 100rd bags is new in the original packaging).

Overall, this weapon is in fantastic operational and cosmetic condition. The metalwork is excellent, with no dents, dings, gouges, or malformations of any type. The bolt face is crisp and clean and the bolt group shows very limited wear. The barrel remains bright and shiny with crisp, clean rifling. Cosmetically, the exterior painted finish notes only minor handling and use marks, most notably on the Picatinny optics

use marks, most notably on the Picatinny optics rail, where a mount has been attached and removed. The clubfoot stock and forend display only very minor handling marks. The accessories are mostly in new to like-new condition, including the telescoping stock and KAC forend. The included Para barrel is also in

excellent condition, with crisp clean rifling, and only minor handling marks and finish wear.

This Pre-May 1986 Dealer Sample Only light machine gun is available for purchase by Class 3 FFL/SOT holders, only. It will come with all of the accessories displayed in the photos and listed in the description.  This model is currently on an eForm capable Form 3. This is a Pre-May 1986 model, so no law letter is necessary, and an individual licensed dealer may retain this weapon as a "keeper" model after surrender of their FFL and SOT.

Share ⌥

Add to wishlist ♥

Description

Additional information

This Chester County Armory sale listing is for an original *Fabrique Nationale* FN Minimi M249 SAW 5.56mm NATO Pre-May Dealer Sample Only light machine gun plus accessories. This weapon is currently in-stock, in our possession,  and available for purchase on a Form 3. Please call us at 610-235-6155 to purchase or for additional information on this item.

# Related Products



## Heckler & Koch HK MP5A3 9x19mm W/ Navy 3-Position Trigger Group Pre May Dealer Sample Machine Gun

$25,000.00



## Auto-Ordnance Savage Arms Bridgeport Model 1928A1 Thompson .45acp Transferable Submachine Gun



## Sig Sauer SRD556 5.56mm 1/2x28mm Direct Thread Rifle Suppressor

$650.00



## Original British Factory-Made Sten Mark II 9mm Pre-May Dealer Sample Submachine Gun W/ Integral Suppressor

$11,500.00



Chester County Armory is a Class Three/Title One Federal Firearms Dealer, specializing in rare and hard-to-find investment-grade firearms, with a specific focus geared towards National Firearms Act regulated items.

## ● Category

&gt; Home

&gt; NFA Firearms

&gt; Products

&gt; Current Auctions

&gt; Contact Us


# Contact Info

Location: West Chester PA

Phone: **610-235-6155**

© 2023 Chester County Armory | Class Three Title One Federal Firearms Dealer | National Firearms Act regulated. All rights reserved. | Website By: Definitive Digital

Auction Catalog #82  /  Lot #519



Go to Lot

## Lot 519: "Street Sweeper" 12 Gauge Shotgun

**Desirable SWD Inc. "Street Sweeper" 12 Gauge Semi-Automatic Shotgun Registered Class III/NFA Destructive Device**

Auction Date: May 14, 2021



Estimated Price: $1,400 - $2,000

Price Realized: $3,450

## DETAILS

**Manufacturer:** Street Sweeper
**Model:** Streetsweeper
**Type:** Destructive Device
**Gauge:** 12
**Barrel:** 18 inch round
**Finish:** matte black
**Grip:** polymer
**Stock:** metal

**Item Views:** 35441
**Item Interest:** Very Active

**Serial Number:** SH2975
**Catalog Page:** 357
**Class:** Class III

**Description:**
Originally designed by Hilton R. Walker in 1981, it was manufactured in Africa and sold as the Armsel Striker and used by the Zimbabwean Army, and on a limited basis by the Israeli Army. In 1984, it was determined by the BATF to have no sporting value and listed as a restricted shotgun. This required all examples to be registered. Features a double action trigger and spring loaded cylinder. This example is one of the late production guns using the Cobray design. Polymer receiver with a fiber optic sight. The barrel is fitted with a perforated heat shield and clamp-on flash hider. It has a folding shoulder stock with a ribbed forward grip. The front of the drum magazine mounting plate is marked "S/S. INC./ATL GA./SS/12 GA." above the winding key. Includes an original Street Sweeper manual, an extra heat shield/ejector rod housing, and a canvas sling.

**Rating Definition:**
Excellent, retains 95% plus of the original matte black finish with some scattered light handling marks. The grips are also excellent with only the slightest handling marks. Mechanically excellent. NOTE: This Destructive Device is a National Firearms Act (NFA), fully transferable Class 3, which is registered with the Bureau of Alcohol, Tobacco, Firearms and Explosives, (BATFE) under the provisions of 18 U.S.C. Chapter 44 and 27 CFR part 478.

GUNSAMERICA

SEARCH (/)

12 gauge street sweeper

12 gauge street sweeper

Advanced

Login (https://www.gunsamerica.com/Login.aspx)
(/AdvancedSearch.htm)

Register (/administration/user/Register.aspx)

**Shotguns** (3533) >

Rifles (/rifles.htm)   Pistols (/pistols.htm)   Shotguns (/shotguns.htm)   Tactical (/tactical.htm)   Revolvers (/revolvers.htm)   Accessories (/Search/Category/2/4/Non-Guns.htm)

Ammo (/Search/Category/796/Non-Guns/Ammunition.htm)   Browse Categories (/BrowseSpecificCategory/Parent/Guns/ViewAll.aspx)

Winchester Shotgu... (304) >

$ Buying (/Administration/User/Dashboard.aspx)   $ Selling (/Administration/Listings/PostListing/SelectCategory.aspx)

Show more

**Non-Guns** (983) >   Help (https://gunsamerica.com/)   News & Reviews (https://www.gunsamerica.com/digest/)   #HUNT365 (/digest/hunt365/)

Home (/Default.htm) >> Browse All (/BrowseSpecificCategory/Parent/Guns/ViewAll.aspx) >>

Ammunition (280) >

Search Results (/Search.htm?NS=0&Keyword=12+gauge+street+sweeper) >> Login To Save This Search (/Login.aspx)

Shotgun Sports (107) >

Show more

**Pistols** (170) >

A Misc Pistols (23) >

Taurus Pistols (13) >

Sig - Sauer/Sigar... (10) >

Show more

**Hunting** (61) >

Show All Categories

REFINE SEARCH

LISTING TYPE

☑ All Types  (1000+)
☐ Auction   (38)
☐ Classified Ad  (1000+)

SEARCH FILTERS

☐ Search Full Text of Listings
☐ Show Only Guns
☐ Show Only with Pictures
☐ Show Only Non-Guns

LISTING DETAILS

Posted Within [All ▾]

$ [MIN ▾] [MAX ▾]

FFL Status:

[All Sellers ▾]

Limit Caliber:

[All Calibers ▾]

Limit Condition:

[Condition at least... ▾]

📍 LOCALIZE

Zip Code:

Radius: [━━━●━━━]

Limit to State: [ All ▾ ]

[ Refine Search ]

(https://www.mossberg.com/firearms/handguns.html?
utm_source=GunsAmerica&utm_medium=MC2_1000x200&utm_campaign=January2023&utm_term=MC2&utm_content=MC2+GunsAmerica+January2023)

 Guns Near Me          Show All ⌄          (https://www.mossberg.com/firearms/handguns.html?
utm_source=GunsAmerica&utm_medium=MC2_300x8!

[ Best match ▾ ]   [ 30 / Page ▾ ]

1000+ Listings Found   **PAGE 1 OF 159**   1   2 (/Search.htm?Keyword=12+gauge+street+sweeper&pagenum=2)   3
(/Search.htm?Keyword=12+gauge+street+sweeper&pagenum=3)   ...   159 (/Search.htm?
Keyword=12+gauge+street+sweeper&pagenum=159)   ❯ (/Search.htm?
Keyword=12+gauge+street+sweeper&pagenum=2)



9 Image(s)

Street Sweeper 12ga 2 34" 18" wbox Class III (/999804399/Street-Sweeper-
12ga-2-34-18-wbox-Class-III.htm)

**GUN #:** 999804399
**SELLER:** First Stop Gun (★ FFL) First Stop Gun
(/Search/Lister/3310/First_Stop_Gun) (★ FFL)
**GA SALES:** 14870

$3,495.00

Full Details (/999804399/Street-Sweeper-12ga-2-34-18-wbox-Class-III.htm?
isPartner=false)

More from this Seller (/Search/Lister/3310/First_Stop_Gun)

5 Image(s)

Remington 870 TACTICAL 12-Gauge-Shotgun, 18" Barrel w Bead Sights,
Excellent Condition (/940858672/Remington-870-TACTICAL-12-Gauge-
Shotgun-18-Barrel-w-Bead-Sights-Excellent-Condition.htm)

**GUN #:** 940858672
**SELLER:** D Street Gunsmithing (★ FFL) D Street Gunsmithing (★ FFL)
**GA SALES:** 344

$599.00

Full Details (/940858672/Remington-870-TACTICAL-12-Gauge-Shotgun-18-
Barrel-w-Bead-Sights-Excellent-Condition.htm?isPartner=false)



(https://spr-ar.com/r/5303)

(https://www.mossberg.com/firearms/handguns.html?
utm_source=GunsAmerica&utm_medium=MC2_690x150&utm_campaign=January2023&utm_term=MC2&utm_content=MC2+GunsAmerica+January2023)

12 gauge street sweeper for sale on GunsAmerica. Buy a 12 ga...

Case 1.23-cr-00123-SAG    Document 20-7    Filed 05/31/23    Page 37 of 48

5/19/23, 2:16 PM



1 Image(s)

Used New England Firearms 20-gauge Single-Shot Shotgun, Break Action (/959263264/Used-New-England-Firearms-20-gauge-Single-Shot-Shotgun-Break-Action.htm)

**GUN #:** 959263264
**SELLER:** D Street Gunsmithing (★ FFL) D Street Gunsmithing (★ FFL)
**GA SALES:** 344

$335.00

Full Details (/959263264/Used-New-England-Firearms-20-gauge-Single-Shot-Shotgun-Break-Action.htm?isPartner=false)

5 Image(s)

Remington 870 POLICE MAGNUM 12-Gauge Shotgun, 18" Barrel w Rifle Sights, Knoxx Adjustable Stock... (/900890654/Remington-870-POLICE-MAGNUM-12-Gauge-Shotgun-18-Barrel-w-Rifle-Sights-Knoxx-Adjustable-Stock-w-Grip-Police-Trade-In.htm)

**GUN #:** 900890654
**SELLER:** D Street Gunsmithing (★ FFL) D Street Gunsmithing (★ FFL)
**GA SALES:** 344

$825.00

Full Details (/900890654/Remington-870-POLICE-MAGNUM-12-Gauge-Shotgun-18-Barrel-w-Rifle-Sights-Knoxx-Adjustable-Stock-w-Grip-Police-Trade-In.htm?isPartner=false)

1 Image(s)

Used H&R 20-gauge Single-Shot Shotgun, Wood Stocks (/970813743/Used-H-R-20-gauge-Single-Shot-Shotgun-Wood-Stocks.htm)

**GUN #:** 970813743
**SELLER:** D Street Gunsmithing (★ FFL) D Street Gunsmithing (★ FFL)
**GA SALES:** 344

$335.00

Full Details (/970813743/Used-H-R-20-gauge-Single-Shot-Shotgun-Wood-Stocks.htm?isPartner=false)







1 Image(s)

Remington 870 12 gauge (/998267444/Remington-870-12-gauge.htm)

**GUN #:** 998267444    **SELLER:** Jake G Jake G

$350.00

Full Details (/998267444/Remington-870-12-gauge.htm?isPartner=false)

12 gauge street sweeper for sale on GunsAmerica. Buy a 12 ga...

Case 1:23-cr-00123-SAG   Document 20-7   Filed 05/31/23   Page 38 of 48          5/19/23, 2:16 PM



1 Image(s)

US GI MINE SWEEPER ** $299.00 WITH FREE SHIPPING!!!! CREDIT CARD SAME AS CASH!!!! (/968030124/US-GI-MINE-SWEEPER--299-00-WITH-FREE-SHIPPING--CREDIT-CARD-SAME-AS-CAS.htm)

**GUN #:** 968030124
**SELLER:** Victor Reid Victor Reid (/Search/Lister/574/Victor_Reid)
**GA SALES:** 1665

$299.00

Full Details (/968030124/US-GI-MINE-SWEEPER--299-00-WITH-FREE-SHIPPING--CREDIT-CARD-SAME-AS-CAS.htm?isPartner=false)

More from this Seller (/Search/Lister/574/Victor_Reid)

4 Image(s)

AH Fox Model C 12 Gauge (/935230670/AH-Fox-Model-C-12-Gauge.htm)

**GUN #:** 935230670
**SELLER:** Shooting Investments (★ FFL) Shooting Investments (★ FFL)

$3,799.00

Full Details (/935230670/AH-Fox-Model-C-12-Gauge.htm?isPartner=false)



5 Image(s)

Baker Batavia Leader 12 gauge ss (/951093294/Baker-Batavia-Leader-12-gauge-ss.htm)

**GUN #:** 951093294   **SELLER:** GulfCoastGuns (★ FFL) GulfCoastGuns (★ FFL)

$1,200.00

Full Details (/951093294/Baker-Batavia-Leader-12-gauge-ss.htm?isPartner=false)

4 Image(s)

AH Fox Model B 12 Gauge (/964510255/AH-Fox-Model-B-12-Gauge.htm)

**GUN #:** 964510255
**SELLER:** Shooting Investments (★ FFL) Shooting Investments (★ FFL)

$2,999.00

Full Details (/964510255/AH-Fox-Model-B-12-Gauge.htm?isPartner=false)

4 Image(s)

Fox Model A 12 Gauge receiver (/968167274/Fox-Model-A-12-Gauge-receiver.htm)

**GUN #:** 968167274
**SELLER:** Shooting Investments (★ FFL) Shooting Investments (★ FFL)

$149.00

Full Details (/968167274/Fox-Model-A-12-Gauge-receiver.htm?isPartner=false)

(https://www.sigsauer.com/https://www.sigsauer.com/p320-axg-legion.html?utm_source=Guns_America&utm_medium=banner&utm_campaign=P320_AXG_LEGION&utm_id=2305_OSG?utm_source=Guns+America&utm_medium=banner&utm_campaign=Pistol+Promo+2023)

1 Image(s)

MOSSBERG 500 SECURITY 12 GAUGE 20 IN (/935614835/MOSSBERG-500-SECURITY-12-GAUGE-20-I.htm)

**GUN #:** 935614835
**SELLER:** AJGUNSNSTUFF (★ FFL) AJGUNSNSTUFF (★ FFL)

$350.00

Full Details (/935614835/MOSSBERG-500-SECURITY-12-GAUGE-20-I.htm?isPartner=false)



**1 Image(s)**

Mossberg 395T bolt action shotgun 12 GAUGE (/903806608/Mossberg-395T-bolt-action-shotgun-12-GAUGE.htm)

**GUN #:** 903806608
**SELLER:** AJGUNSNSTUFF (★ FFL) AJGUNSNSTUFF (★ FFL)

Click for Price

Full Details (/903806608/Mossberg-395T-bolt-action-shotgun-12-GAUGE.htm?isPartner=false)

**9 Image(s)**

CZ 712 Target 12 Gauge 30" BBL (/911183749/CZ-712-Target-12-Gauge-30-BBL.htm)

**GUN #:** 911183749
**SELLER:** FMZGUNS (★ FFL) FMZGUNS (/Search/Lister/164643/FMZGUNS) (★ FFL)
**GA SALES:** 2319

$700.00

Full Details (/911183749/CZ-712-Target-12-Gauge-30-BBL.htm?isPartner=false)

More from this Seller (/Search/Lister/164643/FMZGUNS)

**12 Image(s)**

Mossberg 590 Shockwave 12 Gauge (50659) (/913043404/Mossberg-590-Shockwave-12-Gauge-5065.htm)

**GUN #:** 913043404
**SELLER:** FMZGUNS (★ FFL) FMZGUNS (/Search/Lister/164643/FMZGUNS) (★ FFL)
**GA SALES:** 2319

$375.00

Full Details (/913043404/Mossberg-590-Shockwave-12-Gauge-5065.htm?isPartner=false)

More from this Seller (/Search/Lister/164643/FMZGUNS)

**12 Image(s)**

August Schuler OU 12 Gauge (/959725467/August-Schuler-OU-12-Gauge.htm)

**GUN #:** 959725467
**SELLER:** FMZGUNS (★ FFL) FMZGUNS (/Search/Lister/164643/FMZGUNS) (★ FFL)
**GA SALES:** 2319

$2,000.00

Full Details (/959725467/August-Schuler-OU-12-Gauge.htm?isPartner=false)

More from this Seller (/Search/Lister/164643/FMZGUNS)

**7 Image(s)**

A.H. Fox Early A grade 12 gauge 30" (/920369493/A-H-Fox-Early-A-grade-12-gauge-3.htm)

**GUN #:** 920369493
**SELLER:** HunterOneTrigger (★ FFL) HunterOneTrigger (★ FFL)

$450.00

Full Details (/920369493/A-H-Fox-Early-A-grade-12-gauge-3.htm?isPartner=false)

12 gauge street sweeper for sale on GunsAmerica. Buy a 12 ga...

Case 1.23-cr-00123-SAG    Document 20-7    Filed 05/31/23    Page 40 of 48

5/19/23, 2:16 PM



1 Image(s)    **Remington 1100 12 Gauge** (/962131453/Remington-1100-12-Gauge.htm)

**GUN #:** 962131453    **SELLER:** Ron57066 Ron57066

**$645.00**

Full Details (/962131453/Remington-1100-12-Gauge.htm?isPartner=false)

Four Peaks 12 Gauge    Four Peaks 12 Gauge (/929744828/Four-Peaks-12-Gauge.htm)

**GUN #:** 929744828
**SELLER:** CC Firearms (★ FFL) CC Firearms
(/Search/Lister/253158/CC_Firearms) (★ FFL)

**$165.00**

Full Details (/929744828/Four-Peaks-12-Gauge.htm?isPartner=false)

More from this Seller (/Search/Lister/253158/CC_Firearms)

Fox SP 12 gauge s/s    Fox SP 12 gauge s/s (/986570355/Fox-SP-12-gauge-s-s.htm)

**GUN #:** 986570355    **SELLER:** GulfCoastGuns (★ FFL) GulfCoastGuns (★ FFL)

**$1,995.00**

Full Details (/986570355/Fox-SP-12-gauge-s-s.htm?isPartner=false)

5 Image(s)    Lefever DS 12 gauge s/s shotgun (/973918169/Lefever-DS-12-gauge-s-s-shotgun.htm)

**GUN #:** 973918169    **SELLER:** GulfCoastGuns (★ FFL) GulfCoastGuns (★ FFL)

**$1,250.00**

Full Details (/973918169/Lefever-DS-12-gauge-s-s-shotgun.htm?isPartner=false)

5 Image(s)    AYA Model N2 12 gauge Spanish shotgun (/983456949/AYA-Model-N2-12-gauge-Spanish-shotgun.htm)

**GUN #:** 983456949    **SELLER:** Jaime Conti Jaime Conti

**$4,500.00**

Full Details (/983456949/AYA-Model-N2-12-gauge-Spanish-shotgun.htm?isPartner=false)

4 Image(s)    Marlin Goose Gun Model 55 12 Gauge (/918021040/Marlin-Goose-Gun-Model-55-12-Gaug.htm)

**GUN #:** 918021040    **SELLER:** B AND B (★ FFL) B AND B (★ FFL)
**GA SALES:** 1910

**$450.00**

Full Details (/918021040/Marlin-Goose-Gun-Model-55-12-Gaug.htm?isPartner=false)

3 Image(s)    Arrieta Shotgun 12 gauge SBS Spanish (/951813847/Arrieta-Shotgun-12-gauge-SBS-Spanish.htm)

**GUN #:** 951813847    **SELLER:** Jaime Conti Jaime Conti

**$2,300.00**

Full Details (/951813847/Arrieta-Shotgun-12-gauge-SBS-Spanish.htm?isPartner=false)

12 gauge street sweeper for sale on GunsAmerica. Buy a 12 ga...

Case 1:23-cr-00123-SAG    Document 20-7    Filed 05/31/23    Page 41 of 48    5/19/23, 2:16 PM



**5 Image(s)**

**Lefever Model H 12 gauge s/s** (/927674918/Lefever-Model-H-12-gauge-s-s.htm)

**GUN #:** 927674918    **SELLER:** GulfCoastGuns (★ FFL) GulfCoastGuns (★ FFL)

**$950.00**

Full Details (/927674918/Lefever-Model-H-12-gauge-s-s.htm?isPartner=false)

**5 Image(s)**

**A.H. Fox Sterlingworth 12 gauge s/s** (/937798172/A-H-Fox-Sterlingworth-12-gauge-s-s.htm)

**GUN #:** 937798172    **SELLER:** GulfCoastGuns (★ FFL) GulfCoastGuns (★ FFL)

**$850.00**

Full Details (/937798172/A-H-Fox-Sterlingworth-12-gauge-s-s.htm?isPartner=false)

**1 Image(s)**

**Browning Silver 12 Gauge Vintage Tan** (/986080592/Browning-Silver-12-Gauge-Vintage-Tan.htm)

**GUN #:** 986080592    **SELLER:** ftl1951 ftl1951

**$1,025.00**

Full Details (/986080592/Browning-Silver-12-Gauge-Vintage-Tan.htm?isPartner=false)

**1 Image(s)**

**Playfair BLE 12 gauge shotgun S/S** (/936401269/Playfair-BLE-12-gauge-shotgun-S-S.htm)

**GUN #:** 936401269    **SELLER:** GulfCoastGuns (★ FFL) GulfCoastGuns (★ FFL)

**$1,250.00**

Full Details (/936401269/Playfair-BLE-12-gauge-shotgun-S-S.htm?isPartner=false)

**10 Image(s)**

**A10 Platinum - 12 Gauge Shotgun With 28" Barrels** (/957378949/A10-Platinum-12-Gauge-Shotgun-With-28-Barrels.htm)

**GUN #:** 957378949
**SELLER:** StandardMfgCo (★ FFL) StandardMfgCo (★ FFL)    **GA SALES:** 216

**$23,950.00** 💳

Full Details (/957378949/A10-Platinum-12-Gauge-Shotgun-With-28-Barrels.htm?isPartner=false)

**10 Image(s)**

**A10 Platinum - 12 Gauge Shotgun With 28" Barrels** (/932552867/A10-Platinum-12-Gauge-Shotgun-With-28-Barrels.htm)

**GUN #:** 932552867
**SELLER:** StandardMfgCo (★ FFL) StandardMfgCo (★ FFL)    **GA SALES:** 216

**$24,100.00** 💳

Full Details (/932552867/A10-Platinum-12-Gauge-Shotgun-With-28-Barrels.htm?isPartner=false)

1000+ Listings Found   PAGE 1 OF 159   1   2 (/Search.htm?Keyword=12+gauge+street+sweeper&pagenum=2)   3 (/Search.htm?Keyword=12+gauge+street+sweeper&pagenum=3)   …   159 (/Search.htm?Keyword=12+gauge+street+sweeper&pagenum=159)   ❯ (/Search.htm?Keyword=12+gauge+street+sweeper&pagenum=2)

Lc | 765.6698ms|989|1

12 gauge street sweeper for sale on GunsAmerica - Buy a 12 ga...

Case 1:23-cr-00123-SAG   Document 20-7   Filed 05/31/23   Page 42 of 48

5/19/23, 2:16 PM

## BUYER LINKS

Buy Guns (/Login.aspx)

Order History
(/Administration/Buying/MyCheckout.aspx)

Upgrade My Account
(/MembershipLevel.aspx)

Get Verified
(/Administration/User/VerifyIdentity.aspx)

FFL Search (/FFLSearch.htm)

Browse All Categories
(/BrowseSpecificCategory/Parent/Guns/ViewAll.aspx)

## SELLER LINKS

Sell Guns
(/Administration/Listings/PostListing/SelectCategory.aspx)

My Seller Details
(/Administration/User/ListerDetails.aspx)

Selling Fees (/fees.aspx)

Selling Terms & Conditions
(/SellerTerms.aspx)

## DEALER LINKS

Create a Website
(/dvsStoreFronts)

Dealer Accounts
(/Administration/User/RegistrationComplete.aspx)

Stocking Dealer Services
(/stockingdealers.htm)

## HELPFUL LINKS

Help
(https://help.gunsamerica.com/)

Auctions Ending Soon
(/Auctions/)

Report a BUG
(https://help.gunsamerica.com/contac

Terms & Conditions
(/termsandconditions.aspx)

Privacy Policy
(https://help.gunsamerica.com/kb/priv
policy/)

© 1997-2023 GunsAmerica.com LLC All
rights Reserved.

#HUNT365

▶ (//www.youtube.com/user/GunsAmerica)   🔊 (/XMLFeeds.htm)

🐦 (//twitter.com/GunsAmerica)

f (//www.facebook.com/gunsamerica)

Digest

ww.gunsamerica.com/digest/)

Email

☐ I want to receive **FREE Gun Giveaways**, Training, & Bonuses from the USCCA

☐ I want to receive **FREE Gun Giveaways**, Training, & Bonuses from the USCCA

(https://www.gunsamerica.com/hunt365)



GSG-9 (German Federal Police) using Sig 553 similar model to 556

Note SBR



U.S. Police Officer
Training with Sig 556xi

**LAPD having just bought a large collection of weapons.**

**Holding Street Sweeper Shotgun**



gettyimages
Brian Vander Brug
566059211



South Korean National Police Agency

FN M249



South Korean
Coast Guard using
Sig 556

### Adrenaline:Burn Out - 아드레날린:BURN OUT [Part1] - INSITE TV

OnStyle



**Texas Department of Public Safety using**

**FN M240**