## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**          *

                                      *   Case No. 1:23-cr-00123-SAG
 v.

**CHARLES AUSTIN JENKINS**            *
     **Defendant**
                                      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

Please enter the appearance of Andrea L. Smith as counsel for defendant Charles Austin Jenkins.


        Respectfully Submitted,

        _____/s/_____
        ANDREA L. SMITH
        No. 00397
        Silverman, Thompson, Slutkin & White
        400 E. Pratt Street
        Suite 900
        Baltimore, Maryland 21202
        asmith@silvermanthompson.com
        (410) 385-2225