IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES AUSTIN JENKINS,<br><br>and<br><br>ROBERT JUSTIN KROP<br><br>Defendants. | CRIMINAL NO. 23-123-SAG |

## MOTION TO SEAL

The United States of America, by and through its undersigned attorneys, hereby submits this motion to seal Exhibit 2 to its Omnibus Opposition to Defendant's Pretrial Motions. Exhibit 2 contains a search warrant affidavit that is under seal.

WHEREFORE the Government requests that the Court enter an Order sealing Exhibit 2 to the Government's Omnibus Opposition to Defendant's Pretrial Motion.

          Respectfully submitted,

          Erek L. Barron
          United States Attorney

By: _____//s//_____
     Leo J. Wise
     Christine Goo
     Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on counsel of record via CM/ECF.

          _____/s/_____
          Leo J. Wise
          Assistant United States Attorney