IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** v. **CHARLES AUSTIN JENKINS,** and **ROBERT JUSTIN KROP** Defendants. | **CRIMINAL NO. 23-123-SAG** |

## ORDER

For the reasons set forth in the Government's Motion to Seal, it is hereby **ORDERED** this \_\_\_\_ day of June, 2023, that Exhibit 2 to the Government's Omnibus Opposition to Defendants' Pretrial Motions is hereby **SEALED** until further order of this Court.

_____
The Honorable Stephanie A. Gallagher
United States District Court Judge