**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE**<br>MDD_SAGchambers@mdd.uscourts.gov | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND**<br>**21201**<br>**(410) 962-7780** |

June 23, 2023

LETTER TO COUNSEL

    Re:  <u>USA v. Charles Jenkins and Robert Krop</u>
           Criminal Case No. SAG-23-0123

Dear Counsel:

    This is to advise that a Motions Hearing has been scheduled for **July 18, 2023, at 10:30 a.m.** in courtroom 7C.

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                      Sincerely yours,

                                      /s/

                                      Stephanie A. Gallagher
                                      United States District Judge