IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Crim. No. SAG-23-0123 |
| CHARLES AUSTIN JENKINS, *et al.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 27th day of June, 2023, by the United States District Court for the District of Maryland, ORDERED that Defendant Robert Justin Krop's omnibus motion and motion to exceed the standard page limitations (the "Motion"), ECF 20, is GRANTED IN PART, DEFERRED IN PART and DENIED IN PART. Specifically:

(1) The Motion is GRANTED to the extent that Krop seeks to file an omnibus motion exceeding the standard page limitations, and the proposed omnibus motion, ECF 20-1, will be accepted for filing;

(2) Consideration of the Motion is DEFERRED as to Issues VII, XIV, and XV raised in the omnibus motion, as well as to Issue XVIII to the extent that it seeks to sever the trial of the two defendants; and

(3) The Motion is DENIED as to the remainder of the issues raised in the omnibus motion.

It is additionally ORDERED that Krop's motion for sanctions contained within his reply, ECF 25, is DENIED.

/s/
_____
Stephanie A. Gallagher
United States District Judge