# EXHIBIT ONE

| Membership Name | Status | First | Start Date | Expiration Date | CC Expiration |
|---|---|---|---|---|---|
| Mil/LEO: Single | Active - New | W | 07/01/2022 | 07/01/2023 | |
| Mil/LEO: Single | Active - New | Ad | 06/16/2022 | 06/16/2023 | |
| Mil/LEO: Single | Active - New | Ca | 11/29/2022 | 11/29/2023 | |
| Mil/LEO: Single | Active - New | Ch | 10/21/2022 | 10/21/2023 | |
| Mil/LEO: Single | Active - New | Ste | 07/11/2022 | 07/11/2023 | |
| Mil/LEO: Single | Active - New | Fr | 10/19/2022 | 10/19/2023 | |
| Mil/LEO: Single | Active - New | Ja | 08/24/2022 | 08/24/2023 | |
| Mil/LEO: Single | Active - New | Ko | 11/27/2022 | 11/27/2023 | |
| Mil/LEO: Single | Active - New | Sc | 04/22/2022 | 04/22/2023 | |
| Mil/LEO: Single | Active - New | Jo | 08/12/2022 | 08/12/2023 | |
| Mil/LEO: Single | Active - New | So | 07/12/2022 | 07/12/2023 | |
| Mil/LEO: Single | Active - New | Ke | 01/21/2023 | 01/21/2024 | |
| Mil/LEO: Single | Active - New | Fr | 01/16/2023 | 01/16/2024 | |
| Mil/LEO: Single | Active - New | Jul | 05/25/2022 | 05/25/2023 | |
| Mil/LEO: Single | Active - New | Fr | 08/18/2022 | 08/18/2023 | |
| Mil/LEO: Single | Active - New | Vic | 07/14/2022 | 07/14/2023 | |
| Mil/LEO: Single | Active - New | An | 09/28/2022 | 09/28/2023 | |
| Mil/LEO: Single | Active - New | Mi | 03/09/2023 | 03/09/2024 | |
| Mil/LEO: Single | Active - Renewed | KY | 10/23/2018 | 03/30/2024 | |
| Mil/LEO: Single | Active - New | Ab | 09/13/2022 | 09/13/2023 | |
| Mil/LEO: Single | Active - New | Da | 05/07/2022 | 05/07/2023 | |
| Mil/LEO: Single | Active - New | Br | 10/06/2022 | 10/06/2023 | |
| Mil/LEO: Single | Active - New | Sa | 09/22/2022 | 09/22/2023 | |
| Mil/LEO: Single | Active - New | Mi | 02/17/2023 | 02/17/2024 | |
| Mil/LEO: Single | Active - New | Da | 02/25/2023 | 02/25/2024 | |
| Mil/LEO: Single | Active - Renewed | Jac | 02/19/2022 | 02/19/2024 | |
| Mil/LEO: Single | Active - New | No | 08/28/2022 | 08/28/2023 | |
| Mil/LEO: Single | Active - New | W | 03/18/2023 | 03/18/2024 | |
| Mil/LEO: Single | Active - New | Ra | 11/25/2022 | 11/25/2023 | |
| Mil/LEO: Single | Active - New | Da | 02/20/2023 | 02/20/2024 | |
| Mil/LEO: Single | Active - New | Sa | 10/02/2022 | 10/02/2023 | |
| Mil/LEO: Single | Active - Renewed | Da | 10/03/2020 | 01/28/2024 | |
| Mil/LEO: Single | Active - New | Ro | 10/18/2022 | 10/18/2023 | |
| Mil/LEO: Single | Active - New | Ni | 05/27/2022 | 05/27/2023 | |
| Mil/LEO: Single | Active - New | Jo | 02/25/2023 | 02/25/2024 | |
| Mil/LEO: Single | Active - New | Mi | 11/10/2022 | 11/10/2023 | |
| Mil/LEO: Single | Active - New | Jo | 09/02/2022 | 09/02/2023 | |
| Mil/LEO: Single | Active - New | Da | 02/12/2023 | 02/12/2024 | |
| Mil/LEO: Single | Active - New | Do | 08/26/2022 | 08/26/2023 | |
| Mil/LEO: Single | Active - New | Do | 08/29/2022 | 08/29/2023 | |
| Mil/LEO: Single | Active - New | M | 04/04/2023 | 04/04/2024 | |
| Mil/LEO: Single | Active - New | Pe | 09/04/2022 | 09/04/2023 | |
| Mil/LEO: Single | Active - Renewed | Ja | 12/21/2021 | 01/28/2024 | |
| Mil/LEO: Single | Active - New | M | 07/17/2022 | 07/17/2023 | |
| Mil/LEO: Single | Active - New | Pe | 05/28/2022 | 05/28/2023 | |
| Mil/LEO: Single | Active - New | M | 12/14/2022 | 12/14/2023 | |
| Mil/LEO: Single | Active - New | Ad | 10/20/2022 | 10/20/2023 | |
| Mil/LEO: Single | Active - New | Pa | 01/06/2023 | 01/06/2024 | |
| Mil/LEO: Single | Active - New | Mi | 10/09/2022 | 10/09/2023 | |
| Mil/LEO: Single | Active - Renewed | Br | 08/03/2020 | 12/02/2023 | |
| Mil/LEO: Single | Active - New | M | 02/11/2023 | 02/11/2024 | |
| Mil/LEO: Single | Active - New | Ra | 10/03/2022 | 10/03/2023 | |
| Mil/LEO: Single | Active - New | M | 09/06/2022 | 09/06/2023 | |
| Mil/LEO: Single | Active - Renewed | Br | 12/14/2021 | 12/14/2023 | |
| Mil/LEO: Single | Active - New | RO | 01/30/2023 | 01/30/2024 | |
| Mil/LEO: Single | Active - New | Et | 12/20/2022 | 12/20/2023 | |
| Mil/LEO: Single | Active - New | Al | 04/14/2023 | 04/14/2024 | |
| Mil/LEO: Single | Active - New | Ce | 11/11/2022 | 11/11/2023 | |
| Mil/LEO: Single | Active - Renewed | An | 12/29/2018 | 12/26/2023 | |
| Mil/LEO: Single | Active - New | Th | 03/09/2023 | 03/09/2024 | |
| Mil/LEO: Single | Active - New | DA | 09/09/2022 | 09/09/2023 | |
| Mil/LEO: Single | Active - New | Ja | 12/28/2022 | 12/28/2023 | |
| Mil/LEO: Single | Active - New | Go | 10/08/2022 | 10/08/2023 | |
| Mil/LEO: Single | Active - New | Jo | 12/01/2022 | 12/01/2023 | |
| Mil/LEO: Single | Active - New | To | 01/29/2023 | 01/29/2024 | |
| Mil/LEO: Single | Active - New | Da | 11/02/2022 | 11/02/2023 | |
| Mil/LEO: Single | Active - New | Va | 01/09/2023 | 01/09/2024 | |
| Mil/LEO: Single | Active - New | Co | 04/26/2022 | 04/26/2023 | |
| Mil/LEO: Single | Active - New | Jo | 10/20/2022 | 10/20/2023 | |
| Mil/LEO: Single | Active - New | Ka | 08/31/2022 | 08/31/2023 | |
| Mil/LEO: Single | Active - New | Ke | 11/28/2022 | 11/28/2023 | |
| Mil/LEO: Single | Active - New | Em | 01/26/2023 | 01/26/2024 | |
| Mil/LEO: Single | Active - New | An | 11/08/2022 | 11/08/2023 | |
| Mil/LEO: Single | Active - New | Da | 05/03/2022 | 05/03/2023 | |
| Mil/LEO: Single | Active - New | Ch | 12/19/2022 | 12/19/2023 | |
| Mil/LEO: Single | Active - New | Lu | 07/16/2022 | 07/16/2023 | |
| Mil/LEO: Single | Active - New | Ab | 09/01/2022 | 09/01/2023 | |

| Type | Status | Name | Issue Date | Expiration Date |
|---|---|---|---|---|
| Mil/LEO: Single | Active - New | | 08/07/2022 | 08/07/2023 |
| Mil/LEO: Single | Active - Renewed | | 07/30/2021 | 07/30/2023 |
| Mil/LEO: Single | Active - New | | 01/06/2023 | 01/06/2024 |
| Mil/LEO: Single | Active - Renewed | | 12/10/2021 | 12/10/2023 |
| Mil/LEO: Single | Active - New | | 05/08/2022 | 05/08/2023 |
| Mil/LEO: Single | Active - New | | 08/05/2022 | 08/05/2023 |
| Mil/LEO: Single | Active - New | | 09/07/2022 | 09/07/2023 |
| Mil/LEO: Single | Active - New | | 09/26/2022 | 09/26/2023 |
| Mil/LEO: Single | Active - New | | 07/21/2022 | 07/21/2023 |
| Mil/LEO: Single | Active - Renewed | | 11/29/2021 | 11/29/2023 |
| Mil/LEO: Single | Active - New | | 07/21/2022 | 07/21/2023 |
| Mil/LEO: Single | Active - New | | 01/19/2023 | 01/19/2024 |
| Mil/LEO: Single | Active - Renewed | | 11/23/2021 | 12/16/2023 |
| Mil/LEO: Single | Active - New | | 08/05/2022 | 08/05/2023 |
| Mil/LEO: Single | Active - New | | 09/04/2022 | 09/04/2023 |
| Mil/LEO: Single | Active - New | | 01/27/2023 | 01/27/2024 |
| Mil/LEO: Single | Active - New | | 03/04/2023 | 03/04/2024 |
| Mil/LEO: Single | Active - New | | 01/24/2023 | 01/24/2024 |
| Mil/LEO: Single | Active - New | | 12/07/2022 | 12/07/2023 |
| Mil/LEO: Single | Active - New | | 08/30/2022 | 08/30/2023 |
| Mil/LEO: Single | Active - New | | 10/18/2022 | 10/18/2023 |
| Mil/LEO: Single | Active - New | | 07/23/2022 | 07/23/2023 |
| Mil/LEO: Single | Active - Renewed | | 12/05/2019 | 06/02/2023 |
| Mil/LEO: Single | Active - New | | 10/22/2022 | 10/22/2023 |
| Mil/LEO: Single | Active - Renewed | | 06/17/2021 | 06/17/2023 |
| Mil/LEO: Single | Active - New | | 03/11/2023 | 03/11/2024 |
| Mil/LEO: Single | Active - Renewed | | 02/04/2022 | 02/06/2024 |
| Mil/LEO: Single | Active - New | | 06/19/2022 | 06/19/2023 |
| Mil/LEO: Single | Active - New | | 09/16/2022 | 09/16/2023 |
| Mil/LEO: Single | Active - New | | 12/06/2022 | 12/06/2023 |
| Mil/LEO: Single | Active - Renewed | | 03/08/2022 | 03/23/2024 |
| Mil/LEO: Single | Active - New | | 09/11/2022 | 09/11/2023 |
| Mil/LEO: Single | Active - New | | 02/04/2023 | 02/04/2024 |
| Mil/LEO: Single | Active - New | | 10/21/2022 | 10/21/2023 |
| Mil/LEO: Single | Active - New | | 06/05/2022 | 06/05/2023 |
| Mil/LEO: Single | Active - New | | 01/02/2023 | 01/02/2024 |
| Mil/LEO: Single | Active - New | | 09/23/2022 | 09/23/2023 |
| Mil/LEO: Single | Active - New | | 03/21/2023 | 03/21/2024 |
| Mil/LEO: Single | Active - New | | 06/25/2022 | 06/25/2023 |
| Mil/LEO: Single | Active - New | | 05/27/2022 | 05/27/2023 |
| Mil/LEO: Single | Active - Renewed | | 11/30/2021 | 01/02/2024 |
| Mil/LEO: Single | Active - New | | 08/09/2022 | 08/09/2023 |
| Mil/LEO: Single | Active - New | | 03/23/2023 | 03/23/2024 |
| Mil/LEO: Single | Active - New | | 08/05/2022 | 08/05/2023 |
| Mil/LEO: Single | Active - New | | 08/27/2022 | 08/27/2023 |
| Mil/LEO: Single | Active - New | | 07/08/2022 | 07/08/2023 |
| Mil/LEO: Single | Active - New | | 01/16/2023 | 01/16/2024 |
| Mil/LEO: Single | Active - New | | 01/16/2023 | 01/16/2024 |
| Mil/LEO: Single | Active - New | | 04/26/2022 | 04/26/2023 |
| Mil/LEO: Single | Active - Renewed | | 08/12/2021 | 08/12/2023 |
| Mil/LEO: Single | Active - New | | 06/11/2022 | 06/11/2023 |
| Mil/LEO: Single | Active - New | | 05/13/2022 | 05/13/2023 |
| Mil/LEO: Single | Active - New | | 08/03/2022 | 08/03/2023 |
| Mil/LEO: Single | Active - New | | 12/23/2022 | 12/23/2023 |
| Mil/LEO: Single | Active - New | | 10/08/2022 | 10/08/2023 |
| Mil/LEO: Single | Active - New | | 05/27/2022 | 05/27/2023 |
| Mil/LEO: Single | Active - New | | 04/21/2022 | 04/21/2023 |
| Mil/LEO: Single | Active - New | | 06/23/2022 | 06/23/2023 |
| Mil/LEO: Single | Active - New | | 09/16/2022 | 09/16/2023 |
| Mil/LEO: Single | Active - Renewed | | 02/25/2020 | 02/05/2024 |
| Mil/LEO: Single | Active - New | | 02/03/2023 | 02/03/2024 |
| Mil/LEO: Single | Active - New | | 10/18/2022 | 10/18/2023 |
| Mil/LEO: Single | Active - New | | 08/16/2022 | 08/16/2023 |
| Mil/LEO: Single | Active - New | | 11/28/2022 | 11/28/2023 |
| Mil/LEO: Single | Active - New | | 03/06/2023 | 03/06/2024 |
| Mil/LEO: Single | Active - Renewed | | 02/07/2022 | 02/07/2024 |
| Mil/LEO: Single | Active - New | | 01/12/2023 | 01/12/2024 |
| Mil/LEO: Single | Active - New | | 12/07/2022 | 12/07/2023 |
| Mil/LEO: Single | Active - New | | 08/19/2022 | 08/19/2023 |
| Mil/LEO: Single | Active - New | | 04/01/2023 | 04/01/2024 |
| Mil/LEO: Single | Active - New | | 05/26/2022 | 05/26/2023 |
| Mil/LEO: Single | Active - New | | 02/24/2023 | 02/24/2024 |
| Mil/LEO: Single | Active - New | | 02/10/2023 | 02/10/2024 |
| Mil/LEO: Single | Active - New | | 10/28/2022 | 10/28/2023 |
| Mil/LEO: Single | Active - New | | 05/14/2022 | 05/14/2023 |
| Mil/LEO: Single | Active - New | | 11/22/2022 | 11/22/2023 |
| Mil/LEO: Single | Active - New | | 10/26/2022 | 10/26/2023 |

| Type | Status | Name | Start | End |
|---|---|---|---|---|
| Mil/LEO: Single | Active - New | | 07/12/2022 | 07/12/2023 |
| Mil/LEO: Single | Active - New | | 01/02/2023 | 01/02/2024 |
| Mil/LEO: Single | Active - New | rae | 05/03/2022 | 05/03/2023 |
| Mil/LEO: Single | Active - Renewed | n | 02/10/2020 | 03/10/2023 |
| Mil/LEO: Single | Active - New | | 01/16/2023 | 01/16/2024 |
| Mil/LEO: Single | Active - New | | 05/19/2022 | 05/19/2023 |
| Mil/LEO: Single | Active - New | | 09/22/2022 | 09/22/2023 |
| Mil/LEO: Single | Active - New | | 10/07/2022 | 10/07/2023 |
| Mil/LEO: Family | Active - New | | 12/15/2022 | 12/15/2023 |
| Mil/LEO: Family | Active - New | | 12/15/2022 | 12/15/2023 |
| Mil/LEO: Family | Active - New | | 10/18/2022 | 10/18/2023 |
| Mil/LEO: Family | Active - New | que | 04/01/2023 | 12/11/2023 |
| Mil/LEO: Family | Active - New | d | 02/12/2023 | 02/12/2024 |
| Mil/LEO: Family | Active - New | | 02/21/2023 | 02/21/2024 |
| Mil/LEO: Family | Active - New | er | 03/31/2023 | 02/21/2024 |
| Mil/LEO: Family | Active - New | | 08/01/2022 | 08/01/2023 |
| Mil/LEO: Family | Active - New | | 08/01/2022 | 08/01/2023 |
| Mil/LEO: Family | Active - New | | 08/20/2022 | 08/20/2023 |
| Mil/LEO: Family | Active - Renewed | | 08/20/2022 | 08/20/2023 |
| Mil/LEO: Family | Active - New | en | 12/16/2022 | 12/16/2023 |
| Mil/LEO: Family | Active - New | | 12/16/2022 | 12/16/2023 |
| Mil/LEO: Family | Active - New | | 12/16/2022 | 12/16/2023 |
| Mil/LEO: Family | Active - New | a | 12/11/2022 | 12/11/2023 |
| Mil/LEO: Family | Active - New | | 12/11/2022 | 12/11/2023 |
| Mil/LEO: Family | Active - Renewed | a | 07/26/2021 | 07/26/2023 |
| Mil/LEO: Family | Active - New | | 09/23/2022 | 09/23/2023 |
| Mil/LEO: Family | Active - New | | 02/25/2023 | 02/25/2024 |
| Mil/LEO: Family | Active - New | eth | 02/25/2023 | 02/25/2024 |
| Mil/LEO: Family | Active - New | | 02/25/2023 | 02/25/2024 |
| Mil/LEO: Family | Active - New | | 02/25/2023 | 02/25/2024 |
| Mil/LEO: Family | Active - New | | 09/03/2022 | 09/03/2023 |
| Mil/LEO: Family | Active - New | a | 09/03/2022 | 09/03/2023 |
| Mil/LEO: Family | Active - New | | 07/03/2022 | 07/03/2023 |
| Mil/LEO: Family | Active - New | y | 10/22/2019 | 12/15/2041 |
| Mil/LEO: Family | Active - Renewed | | 01/17/2021 | 01/17/2024 |
| Mil/LEO: Family | Active - New | | 08/16/2022 | 08/12/2023 |
| Mil/LEO: Family | Active - New | o | 09/07/2022 | 09/07/2023 |
| Mil/LEO: Family | Active - New | my | 02/07/2023 | 02/07/2024 |
| Mil/LEO: Family | Active - New | ick | 12/26/2022 | 12/26/2023 |
| Mil/LEO: Family | Active - Renewed | | 12/26/2022 | 12/26/2023 |
| Mil/LEO: Family | Active - New | | 12/26/2022 | 12/26/2023 |
| Mil/LEO: Family | Active - New | | 12/26/2022 | 12/26/2023 |
| Mil/LEO: Family | Active - New | opher | 07/23/2022 | 07/23/2023 |
| Mil/LEO: Family | Active - New | a | 01/07/2023 | 01/07/2024 |
| Mil/LEO: Family | Active - New | an | 01/07/2023 | 01/07/2024 |
| Mil/LEO: Family | Active - New | | 08/17/2022 | 08/17/2023 |
| Mil/LEO: Family | Active - New | | 04/13/2023 | 04/01/2024 |
| Mil/LEO: Family | Active - New | | 04/01/2023 | 04/01/2024 |
| Mil/LEO: Family | Active - Renewed | | 01/30/2022 | 02/05/2024 |
| Mil/LEO: Family | Active - New | ne | 02/07/2023 | 02/07/2024 |
| Mil/LEO: Family | Active - New | opher | 02/07/2023 | 02/07/2024 |
| Mil/LEO: Family | Active - New | | 02/07/2023 | 02/07/2024 |
| Mil/LEO: Family | Active - New | | 05/26/2022 | 05/26/2023 |
| Mil/LEO: Family | Active - New | | 05/26/2022 | 05/26/2023 |
| Mil/LEO: Family | Active - New | | 12/30/2022 | 12/30/2023 |
| Mil/LEO: Family | Active - New | | 01/13/2023 | 01/13/2024 |
| Mil/LEO: Family | Active - New | | 02/11/2023 | 02/11/2024 |
| Mil/LEO: Family | Active - New | | 04/13/2023 | 04/13/2024 |
| Mil/LEO: Family | Active - New | | 02/11/2023 | 02/11/2024 |
| Mil/LEO: Family | Active - New | w | 10/30/2022 | 10/30/2023 |
| Mil/LEO: Family | Active - New | | 10/30/2022 | 10/30/2023 |
| Mil/LEO: Family | Active - Renewed | | 08/02/2021 | 07/26/2023 |
| Mil/LEO: Family | Active - New | | 08/12/2022 | 08/12/2023 |
| Mil/LEO: Family | Active - New | | 08/16/2022 | 08/12/2023 |
| Mil/LEO: Family | Active - New | | 08/12/2022 | 08/12/2023 |
| Mil/LEO: Family | Active - New | | 05/11/2022 | 05/11/2023 |
| Mil/LEO: Family | Active - New | un | 02/11/2023 | 10/23/2023 |
| Mil/LEO: Family | Active - Renewed | y | 06/01/2019 | 10/23/2023 |
| Mil/LEO: Family | Active - New | m | 01/11/2023 | 01/11/2024 |
| Mil/LEO: Family | Active - New | | 01/11/2023 | 01/11/2024 |
| Mil/LEO: Family | Active - New | el | 08/01/2022 | 08/01/2023 |
| Mil/LEO: Family | Active - New | | 11/13/2022 | 11/13/2023 |
| Mil/LEO: Family | Active - New | a | 01/17/2023 | 01/17/2024 |
| Mil/LEO: Family | Active - Renewed | | 01/17/2023 | 01/17/2024 |
| Mil/LEO: Family | Active - New | | 10/04/2022 | 10/04/2023 |
| Mil/LEO: Family | Active - New | | 01/19/2023 | 01/19/2024 |

| Category | Status | Start Date | End Date |
|---|---|---|---|
| Mil/LEO: Family | Active - New | 01/19/2023 | 01/19/2024 |
| Mil/LEO: Family | Active - New | 08/07/2022 | 08/07/2023 |
| Mil/LEO: Family | Active - New | 08/07/2022 | 08/07/2023 |
| Mil/LEO: Family | Active - New | 02/18/2023 | 02/18/2024 |
| Mil/LEO: Family | Active - New | 02/18/2023 | 02/18/2024 |
| Mil/LEO: Family | Active - New | 01/13/2023 | 01/13/2024 |
| Mil/LEO: Family | Active - Renewed | 03/18/2021 | 07/13/2023 |
| Mil/LEO: Family | | 10/05/2022 | 07/13/2023 |
| Mil/LEO: Family | Active - Renewed | 03/18/2021 | 07/13/2023 |
| Mil/LEO: Family | Active - New | 08/01/2022 | 08/01/2023 |
| Mil/LEO: Family | Active - New | 08/01/2022 | 08/01/2023 |
| Mil/LEO: Family | Active - New | 12/18/2022 | 07/28/2023 |
| Mil/LEO: Family | Active - Renewed | 01/17/2021 | 07/28/2023 |
| Mil/LEO: Family | Active - Renewed | 01/17/2021 | 07/28/2023 |
| Mil/LEO: Family | Active - New | 11/23/2022 | 11/23/2023 |
| Mil/LEO: Family | Active - New | 11/23/2022 | 11/23/2023 |
| Mil/LEO: Family | Active - New | 09/25/2022 | 09/25/2023 |
| Mil/LEO: Family | Active - New | 09/25/2022 | 09/25/2023 |
| Mil/LEO: Family | Active - New | 02/04/2023 | 02/04/2024 |
| Mil/LEO: Family | Active - New | 02/04/2023 | 02/04/2024 |
| Mil/LEO: Family | Active - New | 04/30/2022 | 04/30/2023 |
| Mil/LEO: Family | Active - New | 04/30/2022 | 04/30/2023 |
| Mil/LEO: Family | Active - New | 05/11/2022 | 05/11/2023 |
| Mil/LEO: Family | Active - New | 02/14/2023 | 01/04/2024 |
| Mil/LEO: Family | Active - New | 01/04/2023 | 01/04/2024 |
| Mil/LEO: Family | Active - New | 01/04/2023 | 01/04/2024 |
| Mil/LEO: Family | Active - Renewed | 08/01/2021 | 08/01/2023 |
| Mil/LEO: Family | Active - New | 01/14/2023 | 01/14/2024 |
| Mil/LEO: Family | Active - New | 01/02/2023 | 07/30/2023 |
| Mil/LEO: Family | Active - New | 03/11/2023 | 03/11/2024 |
| Mil/LEO: Family | Active - New | 08/20/2022 | 08/20/2023 |
| Mil/LEO: Family | Active - New | 02/22/2023 | 02/22/2024 |
| Mil/LEO: Family | Active - New | 02/22/2023 | 02/22/2024 |
| Mil/LEO: Family | Active - New | 04/02/2023 | 04/02/2024 |
| Mil/LEO: Family | Active - New | 04/02/2023 | 04/02/2024 |
| Mil/LEO: Family | Active - New | 07/23/2022 | 07/23/2023 |
| Mil/LEO: Family | Active - New | 08/17/2022 | 08/17/2023 |
| Mil/LEO: Family | Active - New | 07/25/2022 | 06/06/2023 |
| Mil/LEO: Family | Active - New | 11/28/2022 | 11/28/2023 |
| Mil/LEO: Family | Active - New | 03/17/2023 | 03/17/2024 |
| Mil/LEO: Family | Active - New | 06/23/2022 | 06/23/2023 |
| Mil/LEO: Family | Active - New | 06/23/2022 | 06/23/2023 |
| Mil/LEO: Family | Active - New | 12/15/2022 | 12/15/2023 |
| Mil/LEO: Family | Active - New | 05/14/2022 | 05/14/2023 |
| Mil/LEO: Family | Active - New | 06/10/2022 | 06/10/2023 |
| Mil/LEO: Family | Active - New | 06/10/2022 | 06/10/2023 |
| Mil/LEO: Family | Active - New | 06/18/2022 | 06/18/2023 |
| Mil/LEO: Family | Active - New | 08/05/2022 | 08/05/2023 |
| Mil/LEO: Family | Active - New | 12/09/2022 | 12/09/2023 |
| Mil/LEO: Family | Active - New | 04/06/2023 | 04/06/2024 |
| Mil/LEO: Family | Active - New | 04/06/2023 | 04/06/2024 |
| Mil/LEO: Family | Active - New | 04/06/2023 | 04/06/2024 |
| Mil/LEO: Family | Active - New | 02/02/2023 | 02/02/2024 |
| Mil/LEO: Family | Active - New | 01/14/2023 | 01/14/2024 |
| Mil/LEO: Family | Active - New | 12/27/2022 | 12/27/2023 |
| Mil/LEO: Family | Active - New | 12/27/2022 | 12/27/2023 |
| Mil/LEO: Family | Active - New | 08/09/2022 | 08/09/2023 |
| Mil/LEO: Family | Active - New | 08/09/2022 | 08/09/2023 |
| Mil/LEO: Family | Active - New | 10/03/2022 | 10/03/2023 |
| Mil/LEO: Family | Active - New | 09/25/2022 | 09/25/2023 |
| Mil/LEO: Family | Active - New | 09/25/2022 | 09/25/2023 |
| Mil/LEO: Family | Active - New | 01/07/2023 | 01/07/2024 |
| Mil/LEO: Family | Active - New | 10/05/2022 | 09/02/2023 |
| Mil/LEO: Family | Active - New | 09/02/2022 | 09/02/2023 |
| Mil/LEO: Family | Active - New | 04/07/2023 | 04/07/2024 |
| Mil/LEO: Family | Active - New | 04/07/2023 | 04/07/2024 |
| Mil/LEO: Family | Active - New | 04/07/2023 | 04/07/2024 |
| Mil/LEO: Family | Active - New | 03/29/2023 | 03/29/2024 |
| Mil/LEO: Family | Active - New | 01/13/2023 | 01/13/2024 |
| Mil/LEO: Family | Active - New | 06/12/2022 | 05/27/2023 |
| Mil/LEO: Family | Active - New | 05/27/2022 | 05/27/2023 |
| Mil/LEO: Family | Active - New | 06/05/2022 | 05/27/2023 |
| Mil/LEO: Family | Active - New | 06/12/2022 | 05/27/2023 |
| Mil/LEO: Family | Active - New | 07/26/2022 | 07/26/2023 |
| Mil/LEO: Family | Active - New | 08/01/2022 | 08/01/2023 |
| Mil/LEO: Family | Active - New | 11/04/2022 | 11/04/2023 |
| Mil/LEO: Family | Active - New | 11/04/2022 | 11/04/2023 |

| | | | | | |
|---|---|---|---|---|---|
| Mil/LEO: Family | Active - New | | | 11/04/2022 | 11/04/2023 |
| Mil/LEO: Family | Active - New | | | 11/04/2022 | 11/04/2023 |
| Mil/LEO: Family | Active - New | | | 06/24/2022 | 06/24/2023 |
| Mil/LEO: Family | Active - New | | | 06/24/2022 | 06/24/2023 |
| Mil/LEO: Family | Active - New | | | 05/20/2022 | 05/20/2023 |
| Mil/LEO: Family | Active - New | | | 05/20/2022 | 05/20/2023 |
| Mil/LEO: Family | Active - New | | | 02/26/2023 | 02/26/2024 |
| Mil/LEO: Family | Active - Renewed | | | 12/04/2022 | 02/05/2024 |
| Mil/LEO: Family | Active - New | | | 05/31/2022 | 05/31/2023 |
| Mil/LEO: Family | Active - New | | | 05/31/2022 | 05/31/2023 |
| Mil/LEO: Family | Active - New | | her | 03/23/2023 | 03/23/2024 |
| Mil/LEO: Family | Active - New | | | 11/10/2022 | 11/10/2023 |
| Mil/LEO: Family | Active - Renewed | | | 02/02/2022 | 03/06/2024 |
| Mil/LEO: Family | Active - Renewed | | | 02/02/2022 | 03/06/2024 |
| Mil/LEO: Family | Active - New | | | 02/26/2023 | 02/26/2024 |
| Mil/LEO: Family | Active - New | | | 02/26/2023 | 02/26/2024 |
| Mil/LEO: Family | Active - New | | | 06/13/2019 | 12/13/2041 |
| Mil/LEO: Family | Active - New | | | 03/31/2022 | 12/13/2041 |
| Mil/LEO: Family | Active - New | | | 01/05/2023 | 01/05/2024 |
| Mil/LEO: Family | Active - New | | | 04/08/2023 | 01/05/2024 |
| Mil/LEO: Family | Active - New | | | 01/05/2023 | 01/05/2024 |
| Mil/LEO: Family | Active - New | | | 01/07/2023 | 01/05/2024 |
| Mil/LEO: Family | Active - New | | | 01/21/2023 | 01/21/2024 |
| Mil/LEO: Family | Active - New | | N | 01/21/2023 | 01/21/2024 |
| Mil/LEO: Family | Active - Renewed | | | 02/19/2022 | 02/20/2024 |
| Mil/LEO: Family | Active - Renewed | | | 02/14/2022 | 02/20/2024 |
| Mil/LEO: Family | Active - Renewed | | | 02/14/2022 | 02/20/2024 |
| Mil/LEO: Family | Active - New | | | 12/30/2022 | 12/30/2023 |
| Mil/LEO: Family | Active - New | | | 06/09/2022 | 06/09/2023 |
| Mil/LEO: Family | Active - New | | | 06/09/2022 | 06/09/2023 |
| Mil/LEO: Family | Active - New | | | 01/07/2023 | 01/07/2024 |
| Mil/LEO: Family | Active - New | | | 03/25/2023 | 08/16/2023 |
| Mil/LEO: Family | Active - New | | | 12/11/2022 | 08/16/2023 |
| Mil/LEO: Family | Active - New | | | 12/12/2022 | 08/16/2023 |
| Mil/LEO: Family | Active - New | | | 08/16/2022 | 08/16/2023 |
| Mil/LEO: Family | Active - New | | | 04/03/2023 | 04/03/2024 |
| Mil/LEO: Family | Active - New | | | 04/03/2023 | 04/03/2024 |
| Mil/LEO: Family | Active - New | | | 07/15/2022 | 07/15/2023 |
| Mil/LEO: Family | Active - New | | | 05/21/2022 | 05/21/2023 |
| Mil/LEO: Family | Active - New | | | 05/21/2022 | 05/21/2023 |
| Mil/LEO: Family | Active - New | | | 05/21/2022 | 05/21/2023 |
| Mil/LEO: Family | Active - New | | | 12/09/2022 | 12/09/2023 |
| Mil/LEO: Family | Active - New | | | 05/04/2022 | 05/04/2023 |
| Mil/LEO: Family | Active - New | | | 09/03/2022 | 08/27/2023 |
| Mil/LEO: Family | Active - New | | | 08/27/2022 | 08/27/2023 |
| Mil/LEO: Family | Active - New | | | 12/11/2022 | 12/11/2023 |
| Mil/LEO: Family | Active - New | | her | 09/28/2022 | 09/28/2023 |
| Mil/LEO: Family | Active - New | | | 10/18/2022 | 10/18/2023 |
| Mil/LEO: Family | Active - New | | | 06/06/2022 | 06/06/2023 |
| Mil/LEO: Family | Active - New | | | 01/21/2023 | 04/22/2023 |
| Mil/LEO: Family | Active - New | | | 04/22/2022 | 04/22/2023 |
| Mil/LEO: Family | Active - New | | | 12/26/2022 | 12/26/2023 |
| Mil/LEO: Family | Active - New | | | 12/26/2022 | 12/26/2023 |
| Mil/LEO: Family | Active - New | | | 10/02/2022 | 10/02/2023 |
| Mil/LEO: Family | Active - New | | | 10/02/2022 | 10/02/2023 |
| Mil/LEO: Family | Active - New | | | 10/18/2022 | 10/18/2023 |
| Mil/LEO: Family | Active - New | | | 10/18/2022 | 10/18/2023 |
| Mil/LEO: Family | Active - New | | | 09/10/2022 | 09/10/2023 |
| Mil/LEO: Family | Active - New | | | 01/21/2023 | 04/22/2023 |
| Mil/LEO: Family | Active - New | | | 01/26/2023 | 01/26/2024 |
| Mil/LEO: Family | Active - New | | | 01/26/2023 | 01/26/2024 |
| Mil/LEO: Family | Active - New | | MD | 12/03/2022 | 12/03/2023 |
| Mil/LEO: Family | Active - New | | | 02/02/2023 | 02/02/2024 |
| Mil/LEO: Family | Active - New | | | 08/01/2022 | 08/01/2023 |
| Mil/LEO: Family | Active - New | | | 08/01/2022 | 08/01/2023 |
| Mil/LEO: Family | Active - New | | | 04/22/2022 | 04/22/2023 |
| Mil/LEO: Family | Active - New | | | 04/22/2022 | 04/22/2023 |
| Mil/LEO: Family | Active - Renewed | | | 01/17/2021 | 01/17/2024 |
| Mil/LEO: Family | Active - New | | | 05/26/2022 | 05/26/2023 |
| Mil/LEO: Family | Active - New | | | 03/20/2023 | 03/20/2024 |
| Mil/LEO: Family | Active - New | | na | 09/24/2022 | 09/24/2023 |
| Mil/LEO: Family | Active - New | | | 09/24/2022 | 09/24/2023 |
| Mil/LEO: Family | Active - New | | | 09/24/2022 | 09/24/2023 |
| Mil/LEO: Family | Active - New | | | 07/30/2022 | 07/30/2023 |
| Count: 383 | | | | | |