IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 23-123-SAG** |
| | * | |
| v. | * | |
| | * | |
| **CHARLES AUSTIN JENKINS, et al.** | * | |
| | * | |
| | ******* | |

## MOTION FOR EXTENSION OF TIME TO FILE
## RESPONSE TO DEFENDANT JENKIN'S MOTION TO DISMISS

The United States of America, by and through undersigned counsel, hereby requests an extension to August 1, 2023, to file a response to Defendant Charles Jenkin's Motion to Dismiss, ECF No. 31. In support of this request, the United States of America states as follows:

1. On May 30, 2023, Defendant Charles Jenkins filed a Motion to Sever. ECF No. 18.

2. On May 31, 2023, Defendant Robert Krop filed an Omnibus Motion. ECF No. 20.

3. On June 14, 2023, the Government filed an Opposition to Defendant Jenkin's Motion to Sever and to Defendant Robert Krop's Omnibus Motion. ECF No. 22.

4. On June 22, 2023, Defendant Robert Krop filed a Reply in Response to the Government's Opposition. ECF No. 25.

5. On June 23, 2023, the Court scheduled a Motions Hearing for July 18, 2023.

6. On June 27, 2023, the Court entered an Order granting in part, deferring in part, and denying in part Defendant Krop's Omnibus Motion, ECF No. 20; and also denied Krop's motion for sanctions contained within his reply, ECF No. 25.

7. On June 30, 2023, Defendant Charles Jenkins filed a Reply to the Government's Opposition to Defense Motions. ECF No. 30.

8. On July 4, 2023, Defendant Charles Jenkins filed a Motion to Dismiss, ECF No. 31, which is the subject of this Motion for Extension of Time.

9. Pursuant to Local Rule 105.2, the Government has 14 days to respond to the Defendant Jenkin's Motion to Dismiss, ECF No. 31. Therefore, the deadline for the Government's response is July 18, 2023, the day of the Motions Hearing on parties' motions, responses, and replies, filed prior to July 4, 2023.

10. The Government believes that Jenkins' Motion to Dismiss will not require witness testimony, can be decided without oral argument, and therefore will not need to be heard at the motions hearing scheduled for July 18, 2023.

11. The Government contacted counsel for Charles Jenkins regarding its motion for extension of time and counsel for Charles Jenkins consents to this motion.

WHEREFORE, for the reasons stated herein, the United States of America respectfully requests the Court extend the filing of the government's response to August 1, 2023. A proposed order is attached.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/ *Christine Goo*_____
Christine O. Goo
Assistant United States Attorney
36 S. Charles Street, Suite 400
Baltimore, MD 21201

## **CERTIFICATE OF SERVICE**

I hereby certify that this filing was served on defense counsel via ECF electronic filing.

By: /s/ *Christine Goo*
Christine Goo
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 23-123-SAG** |
| | * | |
| **v.** | * | |
| | * | |
| **CHARLES AUSTIN JENKINS, et al.** | * | |
| | * | |
| | ******* | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO DEFENDANT JENKIN'S MOTION TO DISMISS**

Pending before the Court is the Government's Motion for Extension of Time to file a Response to Defendant Charles Jenkin's Motion to Dismiss (ECF No. 31) in the above-captioned case. Good cause having been shown, the Court HEREBY grants the Motion and extends the filing date to August 1, 2023.

_____            _____
Date                                                    Stephanie A. Gallagher
                                                            United States District Judge