IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * CRIMINAL NO. SAG-230-0123 |
| v. | |
| **CHARLES A. JENKINS** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Amend Conditions of Release and any response thereto, it is this ____ day of _____ 2023.

**ORDERED** that the motion is **GRANTED**. The Defendant's Conditions of Release are hereby modified to allow him to possess two department issued service firearms, a Sig Sauer Model P239, 9mm, serial no. SBU000908 and a Sig Sauer Model P320X, 9 mm, serial no. 58J354496.

All terms and conditions of the Defendant's current release not inconsistent with this Order are to remain in full force and effect.

_____
STEPHANIE A. GALLAGHER
United States District Judge