IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : CR No. 1:23-cr-00123-SAG |
| v. | : |
| ROBERT KROP,<br>    Defendant. | : |

## ORDER

UPON CONSIDERATION OF THE CONSENT MOTION by Mr. Krop for leave of court to modify conditions of release to permit contact with his family member and business associate Mr. Isaac Burrall, it is this __25th__ day of __July__, 2023 hereby:

**ORDERED** that the consent motion is **GRANTED**; and it is

**FURTHER ORDERED** that Mr. Krop may have contact as needed with Mr. Isaac Burrall while continuing to refrain from discussing the instant criminal case.

/s/
Beth P. Gesner
Chief United States Magistrate Judge