## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>BETH P. GESNER<br>CHIEF UNITED STATES MAGISTRATE JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-4288 |

July 26, 2023

Margaret A. Teahan, Esq.  
100 North Court Street  
Frederick, MD  21701  

Andrea L. Smith, Esq.  
404 E. Pratt Street, 9th Floor  
Baltimore, MD  21201  

Christine Goo, Esq.  
P. Michael Cunningham, Esq.  
Assistants United States Attorney  
36 S. Charles Street  
Baltimore, MD  21201  

Re: United States v. Charles Austin Jenkins  
Case No. SAG-23-0123

Dear Counsel:

Currently pending are Defendant's Motion to Amend Conditions of Release ("Motion") (ECF No. 41) and Government's Opposition to Defendant's Motion to Amend Conditions of Pretrial Release ("Opposition") (ECF No. 46). For the reasons stated below, defendant's Motion is denied.

Defendant seeks to amend his conditions of pretrial release to permit him to possess his two department issued duty weapons. The government opposes the Motion noting that the prohibition against possessing firearms is a standard condition of pretrial release for felony offenses. In addition, as the government notes, the arguments raised in defendant's Motion were presented to the court at the time of his initial appearance. At that hearing, the court considered the circumstances of this case, the defendant's background, and the factors set forth in 18 U.S.C. § 3142, and concluded that a prohibition against the possession of firearms as a condition of the defendant's pretrial release was appropriate. Defendant has offered no new arguments or changed circumstances to warrant reconsideration of the court's decision. Accordingly, defendant's Motion (ECF No. 41) is denied.

Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

Beth P. Gesner  
Chief United States Magistrate Judge