IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. Case No. SAG-23-0123 |
| CHARLES AUSTIN JENKINS | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \*

**ORDER**

    This Court has considered *de novo* the conditions of pretrial release set for defendant Charles A. Jenkins in the above-captioned case. In its consideration, the Court reviewed the briefs filed by the parties on appeal (ECF 51, 57, 61), the briefs filed before United States Magistrate Judge Beth P. Gesner when this issue was originally presented (ECF 41, 46), and the recording of Jenkins's appearance in court on April 12, 2023, when the conditions of release were set. In this Court's view, continued imposition of a restriction on Jenkins's personal possession of firearms during the pendency of this case is appropriate. Although Jenkins, as an elected official, re-assumed active service as Sheriff of Frederick County, he decided to re-enter that role with full knowledge of the restrictions imposed in connection with his pre-trial release in this case. As the Sheriff, Jenkins has the ability to ensure that he is accompanied by an armed colleague and to make decisions about his personal involvement in emergent or dangerous scenarios, taking into account his present lack of access to a personal service weapon. While this case is unusual in some respects, it remains true here that persons charged with criminal offenses face stresses and pressures that generally militate against their having ready access to firearms, in order to protect community safety. Nothing about the strength of the government's case, which unquestionably relies on asking the jury to draw certain inferences from the proved facts, changes that calculus. Further, the Court has permitted Jenkins's spouse, with some restrictions, to maintain possession of weapons within their shared residence. Accordingly, following *de novo* review, this Court concurs with the conditions imposed by Judge Gesner and denies Jenkins's appeal, ECF 51.

<u>September 26, 2023</u>
Date

                                          <u>     /s/                </u>
Stephanie A. Gallagher
United States District Judge