

**SILVERMAN THOMPSON**
Silverman Thompson Slutkin White
ATTORNEYS AT LAW

*A Limited Liability Company*
400 East Pratt Street
9th Floor
Baltimore, Maryland 21202
Telephone  410.385.2225
Facsimile  410.547.2432
silvermanthompson.com

*Baltimore | Towson | Washington, DC*

November 3, 2023

The Honorable Stephanie A. Gallagher
United States District Court Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

        Re:  United States v. Charles Jenkins
            Criminal No.   SAG-23-0123.

Dear Judge Gallagher

    Following a motions hearing before this Court on October 19, 2023, the government intended to file a supplemental memorandum addressing questions raised by the Court, by Tuesday, October 24, 2023.  Earlier last week, the government asked, and defense counsel agreed to an extension for an additional ten days, until today, November 3, 2023, so that the government could file their memorandum with the Court.

    Yesterday we were notified by email that the government apparently does not intend to file a responsive pleading regarding the issues raised at the motions hearing. Instead, the government plans to supersede the indictment.  While they had planned on presenting this case to the grand jury yesterday, there was either no time available, or there was some other problem preventing them from making their presentation or obtaining the return.  They now ask for additional time – to November 9, 2023 - to seek this superseding indictment. For that reason, the government was asking for an additional week for their "response" to the Court's questions.   Chambers and Ms. Litzinger were copied on this email.

    According to the government's email, they plan to remove paragraph 12(e) from Count 1, and Count 5 from the current indictment.   We do not know if those are the only changes the government will be making in the superseding indictment.  If there are no other changes in the indictment, then we are mystified why they would take the precious and limited time of a grand jury to supersede what they could accomplish in 30 seconds in a courtroom with an oral motion to amend the current indictment and dismiss Count 5.

The Honorable Stephanie A. Gallagher
November 3, 2023
page two

      But a superseding indictment will create new negative publicity and press coverage for Sheriff Jenkins, as well as added expense. This is so unnecessary – unless there is more to this superseding indictment, which we cannot know until next week. Again, if there is not more to this superseding indictment, then it appears that the government is simply unwilling to admit their mistake regarding the issues discussed at the motions hearing and wants to avoid the specter of the Court dismissing part of their indictment. This is absolutely unfair to Sheriff Jenkins, and in our view is a continuation of the mistakes, mishaps, and irregularities which have surrounded this case from its inception. It certainly appears that the government does not want anyone to look at the grand jury minutes from the original indictment.

      Even if we do not agree to their requested extension of time, what result? The defendant would still like to address the issues raised and discussed at the hearing. This was clearly the plan given the Court's order allowing us one week to file a reply to the memorandum the government said they would be submitting. But now it appears that the Government does not want to engage in any further legal discussion regarding the current indictment. It is unprecedented that in the middle of a contested motions hearing, and to avoid what they had to know was going to be this Court's response, the government is seeking to issue a superseding indictment. Whether this is the appropriate use of a grand jury is a question we need to analyze. We also decided to file this letter on PACER so that there is a record of the government's actions.

      Until we see the new superseding indictment, we will not know what issues remain ripe for the Court. Furthermore, undersigned counsel is away on a short vacation from Thursday, November 9 through Monday, November 13, 2023. We are asking for until at least November 22, 2023, to file our memorandum. If we can file it before then, we certainly will.

      We continue our request that the Court examine the grand jury materials *in camera,* and we will further address this issue in our memorandum.

The Honorable Stephanie A. Gallagher
November 3, 2023
page three

Thank you for your time and consideration.

Best regards,

SILVERMAN/THOMPSON/SLUTKIN/WHITE

Andrea L. Smith
Of Counsel

ALS/s

Cc: AUSA Christina Goo
AUSA Michael Cunningham
Office of the United States Attorney

Washington
1750 K Street NW, Suite 810
Washington, DC 20006

Towson
1 W Pennsylvania Ave, #905
Towson, MD 21204