IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. Case No. SAG-23-0123 |
| CHARLES JENKINS and ROBERT KROP | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \*

**ORDER**

It is, this 20th day of December, 2023, hereby ORDERED that the Parties CONFER and, on or before **December 27, 2023**, provide the Court with a report about the order and length of the two trials. A conference call is scheduled for **January 3, 2024, at 11:00 a.m.** to discuss scheduling. Counsel should use the following numbers to call into the conference: 877-336-1280 Access Code: 8324569.

/s/
Stephanie A. Gallagher
United States District Judge