**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE**<br>**MDD_SAGchambers@mdd.uscourts.gov** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780** |

January 3, 2024

LETTER TO COUNSEL

   Re:  <u>U.S.A. v. Charles Jenkins and Robert Krop</u>
         Criminal Case No. SAG-23-0123

Dear Counsel:

This is to confirm the results of today's scheduling conference call.

Joint voir dire, a proposed verdict sheet, and the government's jury instructions (with a copy e-mailed to MDD_SAGchambers@mdd.uscourts.gov) and any motions in limine are due **September 6, 2024**. Both trials shall be continuous including Friday.

**Robert Krop:**

| | |
|---|---|
| Pretrial Conference | November 25, 2024 at 9:00 a.m. |
| Eight-day jury trial | December 9, 2024 at 9:30 a.m. |

**Charles Jenkins:**

| | |
|---|---|
| Pretrial Conference | January 3, 2025 at 9:30 a.m. |
| Seven-day jury trial | January 27, 2025 at 9:30 a.m. |

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge