**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

March 19, 2024

LETTER TO COUNSEL

    Re:  <u>USA v. Robert Krop</u>
         Criminal Case No. SAG-23-0123

Dear Counsel:

    This is to advise that a ninety-minute hearing on Mr. Krop's Mandatory Motion to Dismiss, ECF 113, has been scheduled for **May 3, 2024, at 10:00 a.m.** in courtroom 7C.

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                         Sincerely yours,

                                         /s/

                                         Stephanie A. Gallagher
                                         United States District Judge