IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. Case No. SAG-23-0123 |
| ROBERT KROP | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \*

### ORDER

This Court held a motions hearing this morning on Defendant Robert Krop's Motion to Dismiss on speedy trial grounds, ECF 113. For the reasons stated on the record at the hearing, this Court concludes that while there has not been a violation of Defendant Krop's Sixth Amendment speedy trial rights, the provision of the Speedy Trial Act requiring trial to occur within 70 days (minus exclusions) has been violated, requiring dismissal of the indictment presently pending against Defendant Krop. Also, for the reasons stated on the record at the hearing, this Court concludes that the dismissal should be without prejudice. Accordingly, it is this 3rd day of May, 2024, ORDERED that the Revised Indictment, ECF 115, is DISMISSED without prejudice.

This Court will hold the existing trial dates on its calendar for three weeks, during which time the Government is ORDERED to either (1) refile charges against Defendant Krop or (2) advise this Court that it does not intend to refile charges. Should charges be refiled, this Court will entertain a motion from Defendant Krop to reschedule the trial to a later date.

/s/
Stephanie A. Gallagher
United States District Judge