

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*P. Michael Cunningham*  *Suite 400:*  Direct: 410-209-4884
*Assistant United States Attorney*  *36 S. Charles Street, 4th Floor*  Main: 410-209-4800
michael.cunningham@usdoj.gov  *Baltimore, MD 21201*  Fax: 410-962-3091

May 21, 2024

Via email and ECF
mdd_sagchambers@mdd.uscourts.gov

The Honorable Stephanie A. Gallagher
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *In re* Robert Justin Krop
            Crim. No. 23-cr-0123-SAG
            <u>Reindictment</u>

Dear Judge Gallagher:

      The government has carefully reviewed this Court's Order at ECF 120.  The government respectfully requests one (1) additional week to respond to the Court, and further requests that during that additional week, you continue to hold the dates reserved for the trial of Mr. Krop as scheduled.

      In support of this request, the government notes that undersigned counsel is currently preparing for trial and, as the court knows, Ms. Goo, the lead counsel for the government, has been in trial since May 13, 2024, and prior to that she was heavily engaged in trial preparation.  The government further notes that pursuant to 18 U.S.C. § 3288, the statute of limitations in this matter is extended for six (6) months from this Court's dismissal.  The requested one-week extension would afford the government sufficient time to properly evaluate this matter and, if appropriate, present it to the grand jury for consideration.

                                                                          Respectfully submitted,

                                                                          Erek L. Barron
                                                                          United States Attorney

                                       By:     _____
                                                                          P. Michael Cunningham
                                                                          Christine Goo
                                                                          Assistant United States Attorneys

Cc:  Daniel L. Cox, Esquire (via email and CM ECF)

Rev. August 2018