

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Christine Goo* | *Suite 400* | *DIRECT: 410-209-4924* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Christine.Goo@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-0717* |

November 12, 2024

The Honorable Stephanie A. Gallagher
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

      RE:    *United States v. Charles Jenkins,* SAG 23-0123

Dear Judge Gallagher:

    Pursuant to the Court's paperless order (ECF 139), the Government is providing its status regarding trial for the above-referenced case. The Government will be filing a Motion to Dismiss today.

    Please let me know if there are any questions.

                                                        Sincerely,

                                                        Erek L. Barron
                                                        United States Attorney

                                                        _____
                                                        Christine Goo
                                                        Assistant United States Attorney

cc:    Andrea Smith, Esquire
        Andrew White, Esquire
        Margaret Teahan, Esquire
        Paul Kemp, Esquire