# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHARLES JENKINS,**<br><br>Defendant. | **CRIMINAL NO. 23-0123 SAG** |

## MOTION TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Maryland hereby moves to dismiss with prejudice the Indictments (ECF Nos. 1, 98) pending against Defendant in the above-captioned case. Counsel for Mr. Jenkins consents to the relief requested herein.

Erek L. Barron
United States Attorney

By   /s/ *Christine Goo*
Christine Goo
Assistant United States Attorney

**Advice to U.S. Marshal**:   _X_ 1. Defendant is not in custody.
(Check one)   ___ 2. Defendant is in custody and the USAO believes that:
   ___ a. there is no reason to hold Defendant further.
   ___ b. Defendant should be held in Federal custody (\*\*explain below).
   ___ c. Defendant should be transferred to custody. (\*\*explain below).
___ 3. Defendant is deceased.

\*\*Explanation:

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHARLES JENKINS,**<br><br>**Defendant.** | **CRIMINAL NO. 23-0123 SAG** |

## ORDER GRANTING MOTION TO DISMISS INDICTMENT

Upon consideration of the United States' Unopposed Motion to Dismiss the Indictment with Prejudice, and consideration of the record in this case, the Court hereby orders that the Indictments (ECF Nos. 1, 98) be, and hereby are, dismissed with prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. All pending motions in this case are hereby dismissed as moot and all deadlines and court dates in the current scheduling orders are hereby vacated.

DATE: _____  _____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Stephanie A. Gallagher
　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　District of Maryland