IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**        \*

    v.                                            \*        CRIMINAL NO:  SAG-23-0123

**CHARLES A. JENKINS,**              \*

    **Petitioner**                            \*

…ooo0ooo…

### CONSENT MOTION TO EXTEND FILING DEADLINE
### FOR PETITIONER'S REPLY TO GOVERNMENT'S RESPONSE

Petitioner, Charles A. Jenkins, by and through undersigned counsel, with the consent of the United States, hereby requests that the Court extend the filing deadline for his Reply to the Government's Response to his "Hyde" Petition until Monday, March 10, 2025, and in support thereof, states as follows:

1. On November 11, 2024, Petitioner Jenkins filed a Petition for Attorneys' Fees and Expenses Under the Hyde Amendment, with a memorandum in support, and exhibits.  ECF No. 143.

2. The government's response was due on December 26, 2025, and with the consent of Petitioner, the Court granted the government leave to file by February 10, 2025.  On that date, the government filed it's Opposition to Defendant's Motion for Award of Attorney's Fees and Expenses.  ECF No. 146.  The opposition contains ten exhibits.  These exhibits include transcripts of trial testimony of witnesses, as well as the government's trial exhibits from the trial of acquitted co-defendant Robert Krop.

3.  Petitioner intends to file a Reply and this filing would be due on or before February 24, 2025.  The government has kindly consented to Petitioner's request to file his Reply on or before March 10, 2025.

WHEREFORE, Petitioner requests this Court extend the deadline for filing his Reply until on or before March 10, 2025.

Respectfully submitted,

Silverman/Thompson/Slutkin/White

/s/ Andrea L. Smith
By _____
Andrea L. Smith, Of Counsel
Federal Bar #:  00397
404 E. Pratt Street, Ninth Floor
Baltimore, Maryland 21201

Phone (410-385-2555)
Email:  Asmith@silvermanthompson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2025, a copy of the foregoing consent motion was filed via ECF causing copies to be sent to all parties of record.

_____/s/_____
Andrea L. Smith